1  Tod L. Gamlen, State Bar No. 83458
   Jerry Salcido, State Bar No. 233282
2  **BAKER & McKENZIE LLP**
   660 Hansen Way
3  Palo Alto, CA  94304-1044
   Telephone:  +1 650 856 2400
4  Facsimile:   +1 650 856 9299
   tod.l.gamlen@bakernet.com
5  jerry.m.salcido@bakernet.com

6  Attorneys for Petitioner
   MAXIM INTEGRATED PRODUCTS, INC.

*IT IS SO ORDERED AS MODIFIED*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., | CIVIL ACTION |
| Petitioner, | NO.  C08 00721 |
| v. | **ERRATA TO [~~PROPOSED~~ *Granted*] ORDER GRANTING PETITIONER'S *EX PARTE* APPLICATION; AND [AMENDED PROPOSED] ORDER GRANTING PETITIONER'S *EX PARTE* APPLICATION, OR IN THE ALTERNATIVE, MOTION FOR ADMINISTRATIVE RELIEF FOR AN ORDER ALLOWING SERVICE BY EMAIL, FACSIMILE, AND INTERNATIONAL MAIL ON RESPONDENT, AND FOR AN ORDER ASSIGNING A HEARING DATE** |
| MASTER CHIPS BVBA, | |
| Respondent. | |

## ERRATA

On January 31, 2008, Petitioner Maxim Integrated Products, Inc. ("Maxim") filed an *ex parte* application, or in the alternative, motion for adminstrative relief, for an order allowing Maxim to serve Respondent Master Chips BVBA ("Master Chips") with Maxim's Petition to Vacate Arbitration Award ("Petition"), summons, and supporting papers via email, facsimile, or international mail, and for an order setting a hearing date on Maxim's Petition.

In its original [Proposed] Order regarding said application, Maxim listed February 9, 2008 as the last day to serve Master Chips via email, facsimile, or international mail.  This date was based on

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/360395.1

Case No C08 00721
ERRATA AND [AMENDED PROPOSED] ORDER

1  9 U.S.C. § 12 which sets a three month limitation period for the moving party to serve the adverse
2  party with a motion (petition) to vacate an arbitration award.  As the arbitration award at issue in this
3  case was filed on November 9, 2008, the three month period falls no earlier than Saturday February
4  9, 2008.  However, Saturdays and Sundays are excluded when computing the time of service.  FED.
5  R. CIV. P. 6(a)(2).  Furthermore, if the last day of service falls on a Saturday or Sunday, the service
6  "period runs until the end of the next day that is not a Saturday, Sunday…" (FED. R. CIV. P. 6(a)(3)),
7  which in this case is Monday February 11, 2008.
8       Accordingly, the last day for Maxim to serve Master Chips in this case is no earlier than
9  Monday February 11, 2008, not February 9, 2008.  This is reflected in Maxim's [Amended
10  Proposed] Order attached hereto.  It is respectfully requested that when the Court rules on Maxim's
11  *ex parte* application such order reflects the February 11, 2008 date.

12
13  February 8, 2008                          BAKER & McKENZIE LLP
14
15                                            By:/s/ Jerry Salcido, Esq.
                                                 Jerry Salcido
                                                 Attorneys for Petitioner
16                                               MAXIM INTEGRATED PRODUCTS, INC.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

2

Case No C08 00721
ERRATA AND [AMENDED PROPOSED] ORDER

PALDMS/360395.1

Tod L. Gamlen, State Bar No. 83458
Jerry Salcido, State Bar No. 233282
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone:  +1 650 856 2400
Facsimile:    +1 650 856 9299
tod.l.gamlen@bakernet.com
jerry.m.salcido@bakernet.com

Attorneys for Petitioner
MAXIM INTEGRATED PRODUCTS, INC.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Petitioner, <br><br> v. <br><br> MASTER CHIPS BVBA, <br><br> Respondent. | CIVIL ACTION <br><br> NO.  C08 00721 <br><br> [AMENDED PROPOSED] ORDER GRANTING PETITIONER'S *EX PARTE* APPLICATION, OR IN THE ALTERNATIVE, MOTION FOR ADMINISTRATIVE RELIEF FOR AN ORDER ALLOWING SERVICE BY EMAIL, FACSIMILE, AND INTERNATIONAL MAIL ON RESPONDENT, AND FOR AN ORDER ASSIGNING A HEARING DATE |

Petitioner Maxim Integrated Products, Inc. ("Maxim") has filed an *ex parte* application, or in the alternative, motion for adminstrative relief, for an order allowing Maxim to serve Respondent Master Chips BVBA ("Master Chips") with Maxim's Petition to Vacate Arbitration Award ("Petition"), summons, and supporting papers via email, facsimile, or international mail, and for an order setting a hearing date for Maxim's Petition.

The Court has considered such application and good cause appearing therefore, IT IS HEREBY ORDERED THAT that Maxim's *Ex Parte* Application, or in the alternative, Motion for Administrative Relief is GRANTED.  Additionally the court ORDERS the following:

1. Maxim will serve the Petition, summons, and all supporting papers on Master Chips

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/360395.1

3

Case No C08 00721
ERRATA AND [AMENDED PROPOSED] ORDER

1  via email to Johan Vandamme, Master Chips' controlling shareholder and president, at his email
2  address johan.vandamme@masterchips.be, by **February 15, 2008, 11:59 p.m. PST.**
3  Service is effective when the email has been "sent" as recorded in Petitioner's email program in the
4  "Sent Items" folder.

5  2. Maxim will serve the Petition, summons, and all supporting papers on Master Chips'
6  Belgian lawyers who represented Master Chips in the arbitration proceedings against Maxim by
7  **February 15, 2008, 11:59 p.m. PST.**  They and their email addresses are Sabine
8  Thielemans (sabine.thielemans@novalex.be); Leo Goovaerts (leo.goovaerts@novalex.be); and
9  Philip Peerens (philip.peerens@novalex.be). Service is effective when the email has been "sent" as
10 recorded in Petitioner's email program in the "Sent Items" folder.

11 3. Maxim will serve the Petition, summons, and supporting papers on Master Chips via
12 facsimile by **February 15, 2008, 11:59 p.m. PST.**  The facsimile number to which
13 Maxim will serve the Petition is that of Johan Vandamme, Master Chips' controlling shareholder
14 and president. His facsimile number is 3256221752.

15 4. Maxim will serve the Petition, summons, and supporting papers on Master Chips via
16 international mail by F**February 15, 2008, 11:59 p.m. PST.**  The mailing address to
17 which Maxim will mail its Petition is that of Johan Vandamme, Master Chips' controlling
18 shareholder and president. His mailing address to which Maxim will serve the Petition is Johan
19 Vandamme, Master Chips, Jan Persijnstraat 2, 8500 Kortrijk, Belgium.

20 5. The hearing date for Maxim's Petition is **March 24, 2008 at 9 A.M.**

22 IT IS SO ORDERED.

23 Dated: February __14__, 2008

   _____
   JUDGE OF THE UNITED STATES
   DISTRICT COURT FOR THE NORTHERN
   DISTRICT OF CALIFORNIA

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/360395.1

4

Case No C08 00721
ERRATA AND [AMENDED PROPOSED] ORDER