Tod L. Gamlen, State Bar No. 83458
Jerry Salcido, State Bar No. 233282
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:   +1 650 856 9299
tod.l.gamlen@bakernet.com
jerry.m.salcido@bakernet.com

Attorneys for Petitioner
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., | CIVIL ACTION |
| Petitioner, | NO.  C08 00721 |
| v. | **NOTICE OF ENTRY OF ORDER GRANTING PETITIONER'S *EX PARTE* APPLICATION AND NOTICE OF HEARING DATE** |
| MASTER CHIPS BVBA, | |
| Respondent. | **Date:      March 24, 2008**<br>**Time:      9:00 a.m.**<br>**Dept.:     8, The Honorable James Ware** |

TO RESPONDENT MASTER CHIPS BVBA AND ITS ATTORNEYS:

PLEASE TAKE NOTICE that on February 14, 2008, the Court entered an Order granting

Petitioner Maxim Integrated Products, Inc.'s ("Maxim") *Ex Parte* Application, or in the Alternative,

Motion for Administrative Relief for an Order Allowing Service by Email, Facsimile, and

International Mail.  Pursuant to said order, Maxim is to serve Respondent with the Petition and

supporting papers by 11:59 p.m. on February 15, 2008 via email, facsimile, and international mail.

Attached hereto as Exhibit A is a true and correct copy of said Order.

///

///

///

///

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1

Case No C08 00721
NOTICE OF ENTRY OF ORDER

PALDMS/360685.1

PLEASE TAKE FURTHER NOTICE that in the February 14, 2008 Order referred to above granting Maxim's *Ex Parte* Application, the Court ordered that the hearing date on Maxim's Petition to Vacate Arbitration Award is scheduled for **March 24, 2008** at **9:00 a.m.** Pacific Standard Time in Courtroom 8 of the United States District Court for the Northern District of California, 280 South First Street, San Jose, California 95113, U.S.A.

Dated: February 14, 2008

BAKER & McKENZIE LLP

By:/s/ Jerry Salcido, Esq.
    Jerry Salcido
    Attorneys for Petitioner
    MAXIM INTEGRATED PRODUCTS, INC.

1   Tod L. Gamlen, State Bar No. 83458
2   Jerry Salcido, State Bar No. 233282
    **BAKER & McKENZIE LLP**
3   660 Hansen Way
    Palo Alto, CA  94304-1044
4   Telephone: +1 650 856 2400
    Facsimile:  +1 650 856 9299
5   tod.l.gamlen@bakernet.com
    jerry.m.salcido@bakernet.com
6
    Attorneys for Petitioner
7   MAXIM INTEGRATED PRODUCTS, INC.

*IT IS SO ORDERED
AS MODIFIED*

*James Ware*

Judge James Ware

8
9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11  MAXIM INTEGRATED PRODUCTS, INC.,          CIVIL ACTION

12              Petitioner,                   NO.  C08 00721

13       v.                                   **[AMENDED PROPOSED] ORDER
                                              GRANTING PETITIONER'S *EX***
14  MASTER CHIPS BVBA,                        ***PARTE* APPLICATION, OR IN THE
                                              ALTERNATIVE, MOTION FOR**
15              Respondent.                   **ADMINISTRATIVE RELIEF FOR AN
                                              ORDER ALLOWING SERVICE BY**
16                                            **EMAIL, FACSIMILE, AND
                                              INTERNATIONAL MAIL ON**
17                                            **RESPONDENT, AND FOR AN ORDER
                                              ASSIGNING A HEARING DATE**
18

19

20          Petitioner Maxim Integrated Products, Inc. ("Maxim") has filed an *ex parte* application, or in

21  the alternative, motion for adminstrative relief, for an order allowing Maxim to serve Respondent

22  Master Chips BVBA ("Master Chips") with Maxim's Petition to Vacate Arbitration Award

23  ("Petition"), summons, and supporting papers via email, facsimile, or international mail, and for an

24  order setting a hearing date for Maxim's Petition.

25          The Court has considered such application and good cause appearing therefore, IT IS

26  HEREBY ORDERED THAT that Maxim's *Ex Parte* Application, or in the alternative, Motion for

27  Administrative Relief is GRANTED.  Additionally the court ORDERS the following:

28          1.   Maxim will serve the Petition, summons, and all supporting papers on Master Chips

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

3

Case No C08 00721
ERRATA AND [AMENDED PROPOSED] ORDER

PALDMS/360395.1

via email to Johan Vandamme, Master Chips' controlling shareholder and president, at his email address johan.vandamme@masterchips.be, by **February 15, 2008, 11:59 p.m. PST.** Service is effective when the email has been "sent" as recorded in Petitioner's email program in the "Sent Items" folder.

        2.  Maxim will serve the Petition, summons, and all supporting papers on Master Chips' Belgian lawyers who represented Master Chips in the arbitration proceedings against Maxim by **February 15, 2008, 11:59 p.m. PST.** They and their email addresses are Sabine Thielemans (sabine.thielemans@novalex.be); Leo Goovaerts (leo.goovaerts@novalex.be); and Philip Peerens (philip.peerens@novalex.be). Service is effective when the email has been "sent" as recorded in Petitioner's email program in the "Sent Items" folder.

        3.  Maxim will serve the Petition, summons, and supporting papers on Master Chips via facsimile by **February 15, 2008, 11:59 p.m. PST.** The facsimile number to which Maxim will serve the Petition is that of Johan Vandamme, Master Chips' controlling shareholder and president. His facsimile number is 3256221752.

        4.  Maxim will serve the Petition, summons, and supporting papers on Master Chips via international mail by F **February 15, 2008, 11:59 p.m. PST.** The mailing address to which Maxim will mail its Petition is that of Johan Vandamme, Master Chips' controlling shareholder and president. His mailing address to which Maxim will serve the Petition is Johan Vandamme, Master Chips, Jan Persijnstraat 2, 8500 Kortrijk, Belgium.

        5.  The hearing date for Maxim's Petition is **March 24, 2008 at 9 A.M.**

      IT IS SO ORDERED.

Dated: February ___14___, 2008

_____

JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA

4