**BAKER & McKENZIE**

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, California 94304-1044, USA

Tel: +1 650 856 2400
Fax: +1 650 856 9299
www.bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

February 14, 2008

Renata M. Thorgersen
Tel: +1 650 856 5525
Fax: +1 650 856 9299
renata.thorgersen@bakernet.com

**Via Federal Express**

Cindy Vargas
United States District Court for the
Northern District of California
280 South First Street
San Jose, California 95113

RE:     **Maxim Integrated Products v. Master Chips BVBA**
        **Case No.: 08-00721 JW**

Dear Cindy:

Pursuant to our telephone conversation earlier today, enclosed please find a compact disc with electronic copies of the Petition, *Ex Parte* Application and supporting documents manually filed on January 31, 2008 in regards to the above-referenced action. I understand that under the E-filing rules these documents should have been emailed to the Court but due to the size of the files we are instead providing them on compact disc.

If you have any questions or if I can be of any assistance please do not hesitate to contact me.

Very truly yours,

*/s/ Renata Thorgersen*

Renata M. Thorgersen
Paralegal

Enclosure

RMT/me

cc:     Tod L. Gamlen, Esq.
        Jerry Salcido, Esq.

PALDMS/360493.1

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.