# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAXIM INTEGRATED PRODUCTS, INC.

v.

MASTER CHIPS BVBA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C08 00721 JW PVT**

*ADR*
*E-FILING*

TO: (Name and address of defendant)

Johan Vandamme
MASTER CHIPS BVBA
Van Persijnstraat 2
8500 KORTRIJK, BELGIUM

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tod L. Gamlen
BAKER & McKENZIE LLP
660 Hansen Way
Palo Alto, CA  94304-1044

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

DATE  JAN 3 1 2008

NDCA0440

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

DATE: february 7th 2008

Service of the Summons and Complaint was made by me[1]

Name of SERVER: Hilde Vanhalst, judicial officer replacing Wouter Libbrecht, judicial officer at 8500 Kortrijk, Belgium, Handelskaai 3

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: Jan Persijnstraat 2/01, 8500 Kortrijk
Served at John Vandamme, director of the company Master Ships Dubai

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

TRAVEL:    SERVICES: 97,69 Euros    TOTAL: 97,69 Euros

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on february 11th 2008

Signature of Server

Address of Server:
Hilde VANHALST, plaatsvervangster van
Wouter Libbrecht, judicial officer
Handelskaai 3
8500 Kortrijk

Jan van NIEL SCHUUREN
Joseph GRYSPEERT
Albert GOETRY
Freddy LOYSON
Jan PHLYPO
Frank DESMET
Michel INDEKEU
Wouter LIBBRECHT
Geert INGELAERE
Vincent VLEGELS
Gerechtsdeurwaarders
Adm. adres: Handelskaai 3
8500 KORTRIJK
☎: 056/23.52.01
Fax: 056/23.52.00
PCR: 000-0452049-29

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.