Tod L. Gamlen, State Bar No. 83458
Jerry Salcido, State Bar No. 233282
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone:  +1 650 856 2400
Facsimile:   +1 650 856 9299
tod.l.gamlen@bakernet.com
jerry.m.salcido@bakernet.com

Attorneys for Petitioner
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>Petitioner,<br><br>v.<br><br>MASTER CHIPS BVBA,<br><br>Respondent. | **CIVIL ACTION**<br><br>**Case No.  C08 00721**<br><br>**PROOF OF PERSONAL SERVICE OF PETITION TO VACATE ARBITRATION AWARD AND OTHER JANUARY 31, 2008 FILINGS [PROOF OF SERVICE NO. 1]** |

1.     Attached herewith as Exhibit A is a true and correct copy of the original *Pro Justitia* (Belgian Proof of Service) and its English translation, duly executed by Hilde Vanhalst which demonstrates and evidences that on February 7, 2008 Respondent Master Chips BVBA ("Master Chips") was personally served pursuant to Article 10(c) of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commerical Matters and FED. R. CIV. PROC. 4(f)(2) with the following documents:

a.     Civil Cover Sheet;

b.     United States District Court, Northern District of California, Summons in a Civil Case with Return of Service attached;

c.     Order Setting Initial Case Management Conference and ADR Deadlines;

d.     Petition of Maxim Integrated Products, Inc. to Vacate Arbitration Award;

e.     Maxim Integrated Products, Inc.'s Memorandum in Support of Petition to

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/361339.1

Case No. C08 00721
PROOF OF SERVICE

1  Vacate Arbitration Award;

2          f.      Declaration of Jan Swinnen in Support of Maxim Integrated Products, Inc.'s

3  Petition to Vacate Arbitration Award;

4          g.      Declaration of Bieke Noels in Support of Maxim Integrated Products, Inc.'s

5  Petition to Vacate Arbitration Award;

6          h.      [Proposed] Order Granting Maxim Integrated Products, Inc.'s Petition to

7  Vacate Arbitration Award;

8          i.      Exhibits Submitted in Support of Maxim Integrated Products, Inc.'s Petition

9  to Vacate Arbitration Award; Notice of Lodgment of Said Exhibits;

10          j.      Information Packet from the United States District Court;

11

12  Dated: March 3, 2008                          BAKER & McKENZIE LLP

13                                                By:/s/ Jerry Salcido, Esq.
                                                     Jerry Salcido
14                                                   Attorneys for Petitioner
                                                     MAXIM INTEGRATED PRODUCTS,
15                                                   INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/361339.1

2

Case No. C08 00721
PROOF OF SERVICE

# Exhibit A



Gerechtsdeurwaarderskantoor

# Marcel BRIERS & Roger DUJARDIN

Burg. Venn. BVBA

## Kipdorp 42 - 2000 ANTWERPEN (1)

☎ 03/213.58.20 - ✉ s.vandam@briers-dujardin.be - 🖨 03/231.60.52

*KANTOORUREN : ALLE WERKDAGEN van 8u.30 - tot 12u.30*

## PRO JUSTITIA

Referte : 208/142.741/RD          

   CDJ 2008BUB36    081000056

Jan van NIEL SCHUUREN
Joseph GRYSPEERT
Albert GOETRY
Freddy LOYSON
Jan PHLYPO
Frank DESMET
Michel INDEXEU
Wouter LIBBRECHT
Geert INGELAERE
Vincent VLEGELS
Gerechtsdeurwaarders
Adm. adres: Handelskaai 3
8500 KORTRIJK
☎: 056/23.52.01
Fax: 056/23.52.00
PCR: 000-0452049-29

### BETEKENING

**Heden,**    op zeven februari
**TWEEDUIZEND EN ACHT.**

Op verzoek van:

De vennootschap naar het recht van de Verenigde Staten van Amerika,
**MAXIM INTEGRATED PRODUCTS**, afgekort "MAXIM", gevestigd 120 San Gabriel
Drive, Sunnyvale, California 94086, Verenigde Staten van Amerika,
- voor wie overeenkomstig artikel 10 c) van het Verdrag van Den Haag van 15 november
  1965 inzake de betekening en de kennisgeving in het buitenland van gerechtelijke en
  buitengerechtelijke stukken in burgerlijke zaken en in handelszaken, handelt en optreedt
  als verzendende instantie : Meester Jerry SALCIDO (Baker & McKenzie LLP), advocaat,
  wiens kabinet gevestigd is 660 Hansen Way, Palo Alto, California 94304-1044, Verenigde
  Staten van Amerika.

Heb ik ondergetekende, Hilde Vanhalst, plaatsvervangend gerechtsdeurwaarder
van Wouter Libbrecht, gerechtsdeurwaarder te 8500 Kortrijk-Belgie, er kantoor-
houdende Handelskaai 3

BETEKEND aan:

**De Besloten Vennootschap met Beperkte Aansprakelijkheid MASTER CHIPS BVBA,**
- ingeschreven in de Kruispuntbank van Ondernemingen onder het nummer 0425.352.027,
  met als zaakvoerder de heer Johan VANDAMME,
waarvan de vennootschapszetel gevestigd is te 8500 KORTRIJK, Jan Persijnstraat 2/01,

*alwaar ik het afschrift van dit exploot*      *beteken overeenkomstig de artikelen 33 tot 35*
*van het Gerechtelijk Wetboek,*

aan dhr Johan Vandamme - zaakvoerder
voor cnal

*zodat ik het afschrift alhier* mʃ *achterlaat overeenkomstig het artikel 38 par.1 van het Gerechtelijk Wetboek.*

*Voor ontvangst van het afschrift van dit exploot word* mʃ *getekend*

gerechtelijke stukken, zijnde volgens de aanvraagbrief van meester Salcido van 31 januari 2008, de volgende in het Engels kort omschreven stukken, gevolgd door een vrije vertaling van de korte omschrijving in het Nederlands (gevolgd door het aantal bladen dat ieder deel omvat), en hierna als bijlagen *in extenso* gehecht aan het betekende afschrift van onderhavig exploot als volgt :

1. *Civil Cover Sheet* / Burgerlijk voorblad (1 blad);
2. *United States District Court, Northern District of California, Summons in a Civil Case with Return of Service attached* / Arrondissementsrechtbank der Verenigde Staten, Noordelijk District van California, sommatie in een burgerlijke zaak met retour van betekening aangehecht (2 bladen);
3. *Order Setting Initial Case Management Conference and ADR Deadlines* / Bepaling van de eerste vergadering met betrekking tot het verloop van de zaak en de ADR Deadlines (6 bladen);
4. *Petition of Maxim Integrated Products, Inc. to Vacate Arbitration Award* / Verzoek van Maxim Integrated Products Inc. tot vernietiging van een arbitrale beslissing (35 bladen);
5. *Maxim Integrated Products, Inc.'s Memorandum in Support of Petition to Vacate Arbitration Award* / Memorandum van Maxim Integrated Products Inc. ter ondersteuning van het verzoek tot vernietiging van een arbitrale beslissing (20 bladen);
6. *Declaration of Jan Swinnen in Support of Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award* / Verklaring van Jan Swinnen ter ondersteuning van het verzoek van Maxim Integrated Products Inc. tot vernietiging van een arbitrale beslissing (32 bladen);
7. *Declaration of Bieke Noels in Support of Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award* / Verklaring van Bieke Noels ter ondersteuning van het verzoek van Maxim Integrated Products tot vernietiging van een arbitrale beslissing (5 bladen);
8. *[Proposed] Order Granting Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award* / [Voorgesteld] bevelschrift tot inwilliging van het verzoek van Maxim Integrated Products Inc. tot vernietiging van een arbitrale beslissing (4 bladen);
9. *Exhibits Submitted in Support of Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award; Notice of Lodgment of Said Exhibits* / Voorgelegde bewijsstukken ter ondersteuning van het verzoek van Maxim Integrated Products Inc. tot vernietiging van een arbitrale beslissing; Bericht van neerlegging van de vermelde bewijsstukken (590 bladen samengesteld als volgt) :

| Exhibit number/Bewijsstuknummer | Aantal bladen |
| --- | --- |
| Niet genummerd | 10 |
| 1 | 46 |
| 2 | 38 |
| 3 | 2 |

Blad 2

| | |
|---|---|
| 4 | 16 |
| 4A | 16 |
| 5 | 4 |
| 6 | 3 |
| 7 | 12 |
| 8 | 3 |
| 9 | 14 |
| 10 | 4 |
| 11 | 2 |
| 12 | 3 |
| 13 | 22 |
| 13A | 25 |
| 14 | 2 |
| 14A | 2 |
| 15 | 1 |
| 16 | 1 |
| 16A | 3 |
| 17 | 2 |
| 18 | 2 |
| 19 | 1 |
| 20 | 37 |
| 21 | 4 |
| 21A | 4 |
| 22 | 8 |
| 22A | 8 |
| 23 | 3 |
| 24 | 2 |
| 25 | 2 |
| 26 | 1 |
| 26A | 2 |
| 27 | 2 |
| 28 | 2 |
| 29 | 4 |
| 30 | 2 |
| 31 | 3 |
| 32 | 3 |
| 33 | 3 |
| 34 | 2 |
| 35 | 1 |
| 35A | 1 |
| 36 | 8 |
| 37 | 4 |
| 38 | 2 |
| 39 | 3 |
| 40 | 4 |
| 41 | 1 |
| 41A | 7 |
| 42 | 67 |
| 42A | 68 |
| 43 | 2 |
| 44 | 3 |

| | |
|---|---|
| 45 | 2 |
| 46 | 3 |
| 47 | 1 |
| 48 | 2 |
| 49 | 2 |
| 50 | 3 |
| Niet genummerd | 80 |
| Geheel | 590 |

10. *Information Packet from the United States District Court* / Informatiepakket van de Arrondissementsrechtbank der Verenigde Staten (28 bladen).

Doende deze formele betekening aan de geadresseerde partij, ten zulke einde als naar het Begisch recht en voor inlichting en onderricht van de betekende partij, en overeenkomstig artikel 5, eerste lid, letter a) van het Verdrag van Den Haag van 15 november 1965 inzake de betekening en de kennisgeving in het buitenland van gerechtelijke en buitengerechtelijke stukken in burgerlijke zaken en in handelszaken.

Onderhavige formele betekening wordt verricht overeenkomstig de wettelijke bepalingen van de interne Belgische wetgeving, waarbij origineel van onderhavig exploot na betekening overgemaakt wordt aan de hierboven vernoemde verzendende instantie, samen met het door de gerechtsdeurwaarder die de formele betekening heeft verricht ondertekende stuk sub 2, met name *Return of service* / Terugzending van de betekening, dit laatste ten einde te voldoen aan de terzake dienende Amerikaanse wetgeving.

En opdat geadresseerde partij het weet, heb ik haar kopie dezer betekend, samen met afschrift van voormelde stukken, volgens de eisen der wet;

WAARVAN AKTE - datum als boven
1 origineel : 4 bladen
1 afschrift: 4 bladen + 723 bladen bijlagen.
Kost: 917.69 EUR
(gebeurlijk te vermeerderen met het briefport)*lees,*

kopie ontvangen,
datum van het exploot.

de gerechtsdeurwaarder

| | | | |
|---|---|---|---|
| 1/4VR | 27,66 | 3/4vr | 82.97 |
| DOSS | 12,38 | VACB | 9.98 |
| BANK | 22,00 | RS | 8.95 |
| RINL | 11,17 | REG | 25.00 |
| VERT | 11,52 | PO | 0.54 |
| ROL | 524,17 | | ----- |
| Ret.PORT | 77,21 | | 127.44 |
| KOERIER | 104,14 | DC | 790.25 |
| | | | ----- |
| **Totaal** | **790,25** | | 917.69 |

Geregistreerd te Kortrijk DOM & PB 4  blad
verzending boek 217   blad 54   vak 72

. 8 FEB 2008

Ontvangen VIJFENTWINTIG EURO
voor de Ontvanger L. DELCHAMBRE

Blad 4

# GRA(DON

# M1
# Maatwerkrapport

| |
|---|
| **Datum:** 07/02/2008<br>**Klantnummer:** 008905<br>**Betreft:**<br>425352027<br>**MASTER CHIPS BVBA**<br>**JAN PERSIJNSTRAAT 2/01**<br>**8500 KORTRIJK**<br>**Referentie:** 081000096 |

## Officiële gegevens

| | |
|---|---|
| Ondernemingsnummer | 425.352.027 |
| Rechtspersonenregister | RPR KORTRIJK |
| | Privaatrechtelijke vennootschap |
| **BTW-plichtig** | Ja |
| **Rechtsvorm** | Besloten vennootschap met beperkte aansprakelijkheid |
| **E-mailadres** | masterchips@infonie.be |
| **Oprichtingsdatum** | 23-02-1984 |

## Historiek

| Datum | BBS-nr | |
|---|---|---|
| 27/09/2004 | 20041001/138285 | Verplaatsing van zetel naar JAN PERSIJNSTRAAT 2/01 - 8500 KORTRIJK |
| 3/12/2001 | 20020223/208 | Omzetting maatschappelijk kapitaal in euro |
| 3/12/2001 | 20020223/208 | Kapitaalverhoging van 18.592,01 EUR naar 18.600 EUR |
| 1/07/1998 | 19980818/2 | Verplaatsing van zetel naar GROOT-BIJGAARDENSTRAAT 272 - 1082 BRUSSEL |
| 18/12/1993 | 19931218/597 | Verplaatsing van zetel naar SINT LAZARUSLAAN 4 - 1210 BRUXELLES |
| 3/08/1990 | 19900803/811 | Kapitaalverhoging van 12.394,68 EUR naar 18.592,01 EUR |
| 3/08/1990 | 19900803/811 | Verandering rechtsvorm in BVBA / SPRL |
| 3/08/1990 | 19900803/811 | Verplaatsing van zetel naar BOSLAAN 24 - 3090 OVERIJSE |

| |
|---|
| Volledige index van alle akten gepubliceerd in Bijlagen Belgisch Staatsblad |

## Bedrijfsleiding

## Zaakvoerder

VANDAMME JOHAN
MENENSTRAAT 10
8930 MENEN

| Andere mandaten | Functie |
|---|---|
| 464.840.232 POWER CHIPS BVBA | Zaakvoerder |

# Activiteit van de onderneming

De activiteitscodes opgenomen in onze rapporten zijn nacebelcodes 2008.
Alle codes van de verschillende bronnen zijn omgezet via de conversietabel die ons bezorgd werd door de FOD Economie.

| Bron | |
|---|---|
| BTW-registratie | |
| 46431 | .Groothandel in elektrische huishoudelijke apparaten en audio- en videoapparatuur |
| RSZ-registratie | |
| 46693 | .Groothandel in elektrisch materiaal, inclusief installatiemateriaal |
| Eigen mededeling | |
| | .Groothandel in elektronisch materieel |
| Bijlage Belgisch Staatsblad | |
| | .Fabricage, installatie en herstelling van computers (hardware) |
| | .Groothandel in software |

# Betalingsgedrag

| Faillissement/gerechtelijk akkoord | Er werd geen registratie gevonden in het Belgische faillissementsregister |
|---|---|

| Betalingswijze | Volgens het gemiddeld aantal dagen leverancierskrediet is er een gevoelige trend tot vermindering in vergelijking met het vorig boekjaar |
|---|---|

# GRAYDON

## Maatwerkrapport met Review

| |
|---|
| **Datum: 05/02/2008** |
| **Klantnummer: 20835** |
| **Betreft:** |
| **425352027** |
| **MASTER CHIPS BVBA** |
| **JAN PERSIJNSTRAAT 2/01** |
| **8500 KORTRIJK** |
| **Referentie: 142741** |

## Officiële gegevens

| | |
|---|---|
| Ondernemingsnummer | 425.352.027 |
| Rechtspersonenregister | RPR KORTRIJK |
| | Privaatrechtelijke vennootschap |
| **BTW-plichtig** | Ja |
| **Rechtsvorm** | Besloten vennootschap met beperkte aansprakelijkheid |
| **Telefoonnummer** | 02/465.09.86 |
| **Telefax** | 02/217.92.01 |
| **E-mailadres** | masterchips@infonie.be |
| **Oprichtingsdatum** | 23-02-1984 |
| **RSZ-nummer** | 932281-54 |
| **Werkgeverscategorie** | 10 |
| **Paritaire comités** | 100 |
| | 218 |

## Historiek

| Datum | BBS-nr | |
|---|---|---|
| 27/09/2004 | 20041001/138285 | Verplaatsing van zetel naar JAN PERSIJNSTRAAT 2/01 - 8500 KORTRIJK |
| 3/12/2001 | 20020223/208 | Omzetting maatschappelijk kapitaal in euro |
| 3/12/2001 | 20020223/208 | Kapitaalverhoging van 18.592,01 EUR naar 18.600 EUR |
| 1/07/1998 | 19980818/2 | Verplaatsing van zetel naar GROOT-BIJGAARDENSTRAAT 272 - 1082 BRUSSEL |
| 18/12/1993 | 19931218/597 | Verplaatsing van zetel naar SINT LAZARUSLAAN 4 - 1210 BRUXELLES |
| 3/08/1990 | 19900803/811 | Kapitaalverhoging van 12.394,68 EUR naar 18.592,01 EUR |
| 3/08/1990 | 19900803/811 | Verandering rechtsvorm in BVBA / SPRL |
| 3/08/1990 | 19900803/811 | Verplaatsing van zetel naar BOSLAAN 24 - 3090 OVERIJSE |

| Volledige index van alle akten gepubliceerd in Bijlagen Belgisch Staatsblad |
| --- |

# Bedrijfsleiding

## Zaakvoerder

| VANDAMME JOHAN |
| --- |
| MENENSTRAAT 10 |
| 8930 MENEN |

| Andere mandaten | Functie |
| --- | --- |
| 464.840.232 POWER CHIPS BVBA | Zaakvoerder |

# Activiteit van de onderneming

De activiteitscodes opgenomen in onze rapporten zijn nacebelcodes 2008.
Alle codes van de verschillende bronnen zijn omgezet via de conversietabel die ons bezorgd werd door de FOD Economie.

| Bron | |
| --- | --- |
| BTW-registratie | |
| 46431 | .Groothandel in elektrische huishoudelijke apparaten en audio- en videoapparatuur |
| RSZ-registratie | |
| 46693 | .Groothandel in elektrisch materiaal, inclusief installatiemateriaal |
| Eigen mededeling | |
| | .Groothandel in elektronisch materieel |
| Bijlage Belgisch Staatsblad | |
| | .Fabricage, installatie en herstelling van computers (hardware) |
| | .Groothandel in software |

# Personeel

| TOELICHTING JAARREKENING | 31/12/2006 | 31/12/2005 | 31/12/2004 |
| --- | --- | --- | --- |
| WERKNEMERS INGESCHREVEN IN HET PERSONEELSREGISTER | | | |
| Totaal aantal op de afsluitdatum | 1 | 2 | 2 |
| Gemiddeld personeelsbestand | 1 | 2 | 2 |
| Daadwerkelijk gepresteerde uren | 1914 | 3364 | 3868 |

# Financiële positie

| Bankrelatie | IBAN | BIC |
|---|---|---|

| Onroerend goed (*) | Geen eigendom |
|---|---|

**(*) Deze gegevens hebben betrekking op de laatste jaarrekening**

# Betalingsgedrag

| Faillissement/gerechtelijk akkoord | Er werd geen registratie gevonden in het Belgische faillissementsregister |
|---|---|

| Protesten | Geen gereleveerd |
|---|---|

| Dagvaarding(en) RSZ (**) | Datum zitdag | * = brief verzonden |
|---|---|---|
| | 3/10/2006 | * |
| | 3/01/2006 | * |
| | 27/05/2005 | * |

| Dagvaarding(en) Fonds voor Bestaanszekerheid | Geen gereleveerd sinds 3/1999 |
|---|---|
| Dagvaarding(en) Sociaal Verzekeringsfonds voor Zelfstandigen | Geen gereleveerd sinds 3/1999 |

(*) Naar de onderneming werd een brief verzonden teneinde meer informatie te verkrijgen over de betreffende dagvaardingen

(**) De uitgebrachte dagvaardingen kunnen het gevolg zijn van over het hoofd geziene rekeningen, betwistingen, ...

# Index Jaarrekeningen

| | Voor een overzicht en de mogelijkheid tot opvragen van alle jaarrekeningen neergelegd sinds 2004 bij de NBB : klik hier | | |
|---|---|---|---|
| Datum afsluiting | 31/12/2006 | 31/12/2005 | 31/12/2004 |
| Index | 2007/160/86 | 2006/317/4626 | 2005/204/2203 |
| CD-Rom nr. | 20070017 | 20060025 | 20050018 |
| Datum alg. vergadering | 4/05/2007 | 5/05/2006 | 6/05/2005 |
| Datum neerlegging | 29/05/2007 | 26/06/2006 | 3/06/2005 |

| Kwaliteit jaarrekening | betreffende jaarrekening afgesloten op |
|---|---|
| | 31/12/2004 : Voldoet aan alle verplichte controles |
| | 31/12/2005 : Voldoet aan alle verplichte controles |

31/12/2006 : Voldoet aan alle verplichte controles

I, Myriam-Rose Kohn, hereby make the following certification under penalty of perjury under the laws of the United States and the State of California. I am a translator and interpreter, and my office is located in Valencia, California, USA. I certify that I am fully conversant in the Dutch and English languages, and capable of translating faithfully from one of the above languages into the other. I am certified as an interpreter by the the State of California and my Certification Number is 700069; I am also accredited by the American Translators Association.

I translated the following document from the Dutch language into the English language, and that the English language translation is a true and correct translation of the aforesaid document, according to the best of my knowledge and ability.

| Date | Description |
|------|-------------|
| 02/08/2008 | *Pro Justitia* [Belgian Proof of Service] |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this certification was executed on February 28, 2008 in Valencia , California.


*Myriam- Rose Kohn*

Myriam-Rose Kohn
State Certified Court Interpreter

Office of the Process Server/Bailiff

Marcel BRIERS & Roger DUJARDIN

BVBA = (in Belgium: Company with Limited Liability)

Kipdorp 42 – 2000 ANTWERPEN

03/213.58.20 – s.vandam@briers-dujardin.be – 03/231.60.52

OFFICE HOURS: EVERY WORKING DAY from 8:30 to 12:30

PRO JUSTITIA

Reference: 208/142.741/RD                    [Stamped: ORIGINAL]

CDJ  2008BUB 36        081000056

[Names of all process servers/bailiffs

**SERVICE**

at this office, office address,
phone and fax numbers]

Today, the seventh of February
two thousand eight

At the request of:

The firm under the law of the United States of America,
**MAXIM INTEGRATED PRODUCTS**, abbreviated to "MAXIM", located at 120 San Gabriel
Drive, Sunnyvale, California 94086, United States of America,
-        for whom in accordance with article 10 c) of the Treaty of The Hague of November 15, 1965,
        concerning the service and the notification in a foreign country of legal and non-legal
        documents in civil cases and in business lawsuits, acts and appears as representative: Jerry
        SALCIDO, Esq. (Baker & McKenzie LLP), attorney-at-law, whose office is located at 660
        Hansen Way, Palo Alto, California 94304-1044, United States of America.

I, the undersigned, Hilde Vanhalst, acting process server for Wouter Libbrecht, bailiff in 8500 Kortrijk-
Belgium, and having an office at Handelskaai 3

SERVED to:

The Private Company with Limited Liability MASTER CHIPS BVBA,
-        recorded in the Kruispuntbank [name of bank] of Enterprises under number 0425.352.027,
        with as business manager Mr. Johan VANDAMME,
whose registered office is located in 8500 KORTRIJK, Jan Persijnsstraat [street] 2/01,

*of which a copy of this writ*        *is served in accordance with articles 33 to 35*
*of the Legal Code,*

[handwritten: to Mr. Johan Vandamme – above mentioned
                                business manager]

*so that the copy is [handwritten: not] left in accordance with article 38 par.1 of the Legal Code.*

*[Handwritten: no] signature will be given for the receipt of the copy of this writ.*

legal documents, according to the letter of request by Attorney Salcido dated January 31, 2008, the following documents briefly described in English, followed by a freely translated short description in Dutch (followed by the number of pages that each section contains), and afterwards as enclosures attached in extenso to the copy of the current writ served:

1. *Civil Cover Sheet* / [Same in Dutch] (1 page);
2. *United States District Court, Northern District of California, Summons in a Civil Case with Return of Service attached* [Same in Dutch] (2 pages);
3. *Order Setting Initial Case Management Conference and ADR Deadlines* / [Same in Dutch]; (6 pages);
4. *Petition of Maxim Integrated Products, Inc. to Vacate Arbitration Award* / [Same in Dutch]; (35 pages);
5. *Maxim Integrated Products, Inc.'s Memorandum of Support of Petition to Vacate Arbitration Award* / [Same in Dutch] (20 pages);
6. *Declaration of Jan Swinnen in Support of Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award* / [Same in Dutch] (32 pages);
7. *Declaration of Bieke Noels in Support of Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award* / [Same in Dutch] (5 pages);
8. *[Proposed] Order Granting Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award* / [Same in Dutch] (4 pages);
9. *Exhibits Submitted in Support of Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award; Notice of Lodgment of Said Exhibits* / [Same in Dutch] (590 pages put together as follows):

| *Exhibit number*/Bewijsstuknummer | Number of pages |
| --- | --- |
| *Not numbered* | 10 |
| 1 | 46 |
| 2 | 38 |
| 3 | 2 |

| | |
|---|---|
| 4 | 16 |
| 4A | 16 |
| 5 | 4 |
| 6 | 3 |
| 7 | 12 |
| 8 | 3 |
| 9 | 14 |
| 10 | 4 |
| | |
| 11 | 2 |
| 12 | 3 |
| 13 | 22 |
| 13A | 25 |
| 14 | 2 |
| 14A | 2 |
| | |
| 15 | 1 |
| 16 | 1 |
| 16A | 3 |
| 17 | 2 |
| 18 | 2 |
| | |
| 19 | 1 |
| 20 | 37 |
| 21 | 4 |
| 21A | 4 |
| 22 | 8 |
| 22A | 8 |
| | |
| 23 | 3 |
| 24 | 2 |
| 25 | 2 |
| 26 | 1 |
| 26A | 2 |
| | |
| 27 | 2 |
| 28 | 2 |
| 29 | 4 |
| 30 | 2 |
| 31 | 3 |
| 32 | 3 |
| | |
| 33 | 3 |
| 34 | 2 |
| 35 | 1 |
| 35A | 1 |
| 36 | 8 |
| 37 | 4 |
| | |
| 38 | 2 |
| 39 | 3 |
| 40 | 4 |
| 41 | 1 |
| 41A | 7 |
| | |
| 42 | 67 |
| 42A | 68 |
| 43 | 2 |
| 44 | 3 |

| | |
|---|---|
| 45 | 2 |
| 46 | 3 |
| 47 | 1 |
| 48 | 2 |
| 49 | 2 |
| 50 | 3 |
| Not numbered | 80 |
| Total | 590 |

10. *Information Packet from the United States District Court* / [same in Dutch] (28 pages).

This formal service is being done to the addressed party, for the purposes according to Belgian law and for information and instruction to the party served, and in accordance with article 5, first paragraph, letter a) of the Treaty of The Hague of November 15, 1965, concerning the service and the notification in a foreign country of legal and non-legal documents in civil cases and in business lawsuits.

This current formal service is being executed in accordance with the legal stipulations of the internal Belgian legislation, in addition to which the original of the current writ, after service, is remitted to the above named representative, together with the signed document in section 2 by the process server who executed the formal service, namely Return of service / [same in Dutch], the last part in order to fulfill the requirements of the American legislation applicable to this matter.

And so that the addressed party has knowledge of it, I have served him a copy of this together with the copy of the aforementioned documents, according to the requirements of the law;

FOR THE RECORD – date as above
1 original: 4 pages
1 copy: 4 pages + 723 pages attached
Cost: 917.69 EUR
(possibly to be increased with the postage for the letter) [illegible handwritten note]

copy received,                                                    the process server
date of service                                                  /signature/

| | | | | | |
|---|---|---|---|---|---|
| 1/4VR | 27,66 | ¾ vr | 82.97 | | |
| FILE | 12,38 | VACB | 9.98 | Recorded in Kortrijk DOM & PB | |
| BANK | 22,00 | RS | 8.95 | Remittance book 217 page 59? Section 1E | |
| RINL | 11,17 | REG | 25.00 | | |
| VERT | 11,52 | PO | 0.54 | 8 FEB 2008 | |
| ROL | 524,17 | | | | |
| Ret. PORT | 77,21 | | 127.44 | Received TWENTY-FIVE EURO | |
| COURRIER | 104,14 | DC | 790.25 | For the Collector L. DELCHAMBRE | |
| Total | 790,25 | | 917.69 | | |

# GRAYDON

# M1
## Custom-made Report

Date: 02/07/2008
Customer number: 008905
Regarding:
425352027
MASTER CHIPS BVBA
JAN PERSIJNSTRAAT 2/01
8500 KORTRIJK
Reference: 0810000096

## OFFICIAL DATA

| | |
|---|---|
| Business number | 425.352.027 |
| Corporate register | RPR KORTRIJK |
| | Private law corporation |
| Obligation to pay VAT | Yes |
| Legal formation | Private Company with Limited Liability |
| E-mail address | masterchips@infonie.be |
| Date established | 02-23-1984 |

## BUSINESS HISTORY

| Date | BBS no. | |
|---|---|---|
| 09/27/2004 | 20041001/138285 | Moving registered office to JAN PERSIJNSTRAAT 2/01 – 8500 KORTRIJK |
| 12/3/2001 | 20020223/208 | Convert company capital in euro |
| 12/3/2001 | 20020223/208 | Increase of capital from 18.592,01 EUR to 18.600 EUR |
| 07/1/1998 | 19980818/2 | Moving registered office to GROOT-BIJGAARDENSTRAAT 272 – 1082 BRUSSELS |
| 12/18/1993 | 19931218/597 | Moving of registered office to SINT LAZARUSLAAN 4 – 1210 BRUSSELS |
| 08/3/1990 | 19900803/811 | Increase of capital from 12.394,68 EUR to 18.592,01 EUR |
| 08/3/1990 | 19900803/811 | Change of legal formation into BVBA / SPRL |
| 08/3/1990 | 19900803/811 | Moving registered office to BOSLAAN 24 – 3090 OVERIJSE [city in Belgium] |

*Complete index of all acts published in Bijlagen Belgisch Staatsblad [Appendices Belgian Bulletin of Acts, Orders, and Decrees*

# Management

# Business Manager

VANDAMME JOHAN
MENENSTRAAT 10
8930 MENEN

|  | Other mandates | Function |
|--|--|--|
| 464.840.232 | POWER CHIPS BVBA | Business Manager |

# ACTIVITY OF THE BUSINESS

The activity codes noted in our reports are nacebelcodes 2008.
All codes of the various sources are converted via the conversion table which was provided too us by the FOD Economie.

Source

VAT-registration

46431   Wholesale business in electrical household appliances and audio- and video equipment

RSZ-registration          [RSZ = in Belgium: Rijksdienst voor Sociale Zekerheid – National Agency for Social Security]

46693   Wholesale business in electrical material, including installation material

Own statement

Wholesale business in electronic materials

*Bijlagen Belgisch Staatsblad* [Appendices Belgian Bulletin of Acts, Orders, and Decrees)

Manufacturing, installations, and repair of computers (hardware)
Wholesale business in software

# PAYMENT PATTERN

Bankruptcy/legal          No record was round in the Belgian bankruptcy register.
agreement

Method of payment        According to the average number of days of suppliers' credit, there is a
delicate trend toward a decrease in comparison with the previous fiscal year.

# GRAYDON

**M1**
## Custom-made Report

Date: 02/05/2008
Customer number: 20835
Regarding:
425352027
MASTER CHIPS BVBA
JAN PERSIJNSTRAAT 2/01
8500 KORTRIJK
Reference: 142741

## OFFICIAL DATA

| | |
|---|---|
| Business number | 425.352.027 |
| Corporate register | RPR KORTRIJK |
| | Private law corporation |
| Obligation to pay VAT | Yes |
| Legal formation | Private Company with Limited Liability |
| Telephone number | 02/465.09.86 |
| Facsimile number | 02/217.92.01 |
| E-mail address | masterchips@infonie.be |
| Date established | 02-23-1984 |
| RSZ number | 932281-54 |
| Employer category | 10 |
| Joint committees | 100 |
| | 218 |

## BUSINESS HISTORY

| Date | BBS no. | |
|---|---|---|
| 09/27/2004 | 20041001/138285 | Moving registered office to JAN PERSIJNSTRAAT 2/01 – 8500 KORTRIJK |
| 12/3/2001 | 20020223/208 | Convert company capital in euro |
| 12/3/2001 | 20020223/208 | Increase of capital from 18.592,01 EUR to 18.600 EUR |
| 07/1/1998 | 19980818/2 | Moving registered office to GROOT-BIJGAARDENSTRAAT 272 – 1082 BRUSSELS |
| 12/18/1993 | 19931218/597 | Moving of registered office to SINT LAZARUSLAAN 4 – 1210 BRUSSELS |
| 08/3/1990 | 19900803/811 | Increase of capital from 12.394,68 EUR to 18.592,01 EUR |
| 08/3/1990 | 19900803/811 | Change of legal formation into BVBA / SPRL |
| 08/3/1990 | 19900803/811 | Moving registered office to BOSLAAN 24 – 3090 OVERIJSE [city in Belgium] |

*Complete index of all acts published in Bijlagen Belgisch Staatsblad* [Appendices Belgian Bulletin of Acts, Orders, and Decrees]

# Management

## Business Manager

VANDAMME JOHAN
MENENSTRAAT 10
8930 MENEN

|  | Other mandates | Function |
| --- | --- | --- |
| 464.840.232 | POWER CHIPS BVBA | Business Manager |

## ACTIVITY OF THE BUSINESS

The activity codes noted in our reports are nacebelcodes 2008.
All codes of the various sources are converted via the conversion table which was provided too us by the FOD Economie.

Source

VAT-registration

46431   Wholesale business in electrical household appliances and audio- and video equipment

RSZ-registration

46693   Wholesale business in electrical material, including installation material

Own statement

Wholesale business in electronic materials

*Bijlagen Belgisch Staatsblad* [Appendices Belgian Bulletin of Acts, Orders, and Decrees]

Manufacturing, installations, and repair of computers (hardware)
Wholesale business in software

## PERSONNEL

| EXPLANATION OF ANNUAL STATEMENT OF ACCOUNTS EMPLOYEES REGISTERED IN THE STAFF REGISTER | 12/31/2006 | 12/31/2005 | 12/31/2004 |
| --- | --- | --- | --- |
| Total number at date of closing [of books] | 1 | 2 | 2 |
| Average number of employees | 1 | 2 | 2 |
| Hours of actually performed work | 1914 | 3364 | 3868 |

## FINANCIAL POSITION

| **Bank Relationship** | IBAN | BIC |
|---|---|---|

Real estate (*)   No property.
          (*) These data are related to the last fiscal year.

# PAYMENT PATTERN

| | |
|---|---|
| Bankruptcy/legal agreement | No record was round in the Belgian bankruptcy register. |
| Protests | None revealed |

| | | |
|---|---|---|
| Summons RSZ (**) | Meeting dates | * = letter sent |
| | 10/3/2006 | * |
| | 01/3/2006 | * |
| | 05/27/2005 | * |

| | |
|---|---|
| Summons(es) Funds for Social Security | None noted since 3/1999 |
| Summons(es) Funds for Social Security for the Self-employed | None noted since 3/1999 |

(*) A letter was sent to the business in order to obtain more information regarding the summons
(**) The noted summons could be the consequence of overlooked accounts, disputes, …

# INDEX OF ANNUAL ACCOUNTS

For an overview and the possibility to request all
annual accounts that were closed since 2004 with the NBB: click here
[NBB = Nationale Bank van België: National Bank of Belgium]

| | | | |
|---|---|---|---|
| Date of closing [of books] | 12/31/2006 | 12/31/2005 | 12/31/2004 |
| Index | 2007/160/86 | 2006/317/4626 | 2005/204/2203 |
| CD-Rom no. | 20070017 | 20060025 | 20050018 |
| Date of general meeting | 05/4/2007 | 05/5/2006 | 05/6/2005 |
| Date of closing [of account] | 05/29/2007 | 06/26/2006 | 06/3/2005 |

| | |
|---|---|
| Condition of annual account | regarding annual account closed on |
| | 12/31/2004:   Complies with all obligatory audits |
| | 12/31/2005:   Complies with all obligatory audits |

12/31/2006:    Complies with all obligatory audits