1  Tod L. Gamlen, State Bar No. 83458
   Jerry Salcido, State Bar No. 233282
2  **BAKER & McKENZIE LLP**
   660 Hansen Way
3  Palo Alto, CA  94304-1044
   Telephone:  +1 650 856 2400
4  Facsimile:   +1 650 856 9299
   tod.l.gamlen@bakernet.com
5  jerry.m.salcido@bakernet.com

6  Attorneys for Petitioner
   MAXIM INTEGRATED PRODUCTS, INC.
7

8
                        UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10

| MAXIM INTEGRATED PRODUCTS, INC., | **CIVIL ACTION** |
|---|---|
| Petitioner, | **Case No.  C08 00721** |
| v. | **PROOF OF SERVICE BY EMAIL OF PETITION TO VACATE ARBITRATION AWARD AND OTHER JANUARY 31, 2008 FILINGS [PROOF OF SERVICE NO. 2]** |
| MASTER CHIPS BVBA, | |
| Respondent. | |

17        I, Jerry Salcido, declare:  I am employed in the County of Santa Clara, California. I am over

18  the age of 18 years and not a party to the within action.  My business address is 660 Hansen Way,

19  Palo Alto, CA 94304.

20        1.        Pursuant to the Court's February 14, 2008 Order (Document No. 9) granting

21  petitioner Maxim Integrated Products, Inc.'s ("Maxim") *ex parte* application for an order permitting

22  Maxim to serve respondent Master Chips, BVBA ("Master Chips") via email, facsimile, and

23  international mail, I served the following documents via email on the following individuals in the

24  manner set forth in subparagraphs (a)-(d), ¶¶ 3-14.  Such service by email was in addition to

25  personal service made on Master Chips as set forth in the Proof of Personal Service of Petition to

26  Vacate Arbitration Award and other January 31, 2008 Filings (Proof of Service No. 1):

27

28

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1

Case No. C08 00721
PROOF OF SERVICE

PALDMS/361340.1

| | |
|---|---|
| Johan Vandamme<br>President of Master Chips<br>Email: johan.vandamme@masterchips.be | Sabine Thielemans<br>Attorney for Master Chips<br>Email: sabine.thielemans@novalex.be |
| Leo Goovaerts<br>Attorney for Master Chips<br>Email: leo.goovaerts@novalex.be | Philip Peerens<br>Attorney for Master Chips<br>philip.peerens@novalex.be |

  a. Civil Cover Sheet;

  b. United States District Court, Northern District of California, Summons in a Civil Case with Return of Service attached;

  c. Order Setting Initial Case Management Conference and ADR Deadlines;

  d. Petition of Maxim Integrated Products, Inc. to Vacate Arbitration Award;

  e. Maxim Integrated Products, Inc.'s Memorandum in Support of Petition to Vacate Arbitration Award;

  f. Declaration of Jan Swinnen in Support of Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award;

  g. Declaration of Bieke Noels in Support of Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award;

  h. [Proposed] Order Granting Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award;

  i. Exhibits Submitted in Support of Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award; Notice of Lodgment of Said Exhibits;

  j. Information Packet from the United States District Court;

  k. Petitioner's *Ex Parte* Application, or in the Alternative, Motion for Administrative Relief for Order Allowing Service By Email, Facsimile, and International Mail on Respondent, and for an Order Assigning A Hearing Date; Memorandum of Support; Declaration of Jerry Salcido in Support [FED. R. CIV. P. 4(f)(3)];

  l. Errata to [Proposed] Order Granting Petitioner's *Ex Parte* Application; And [Amended Proposed] Order Granting Petitioner's *Ex Parte* Application, or in the Alternative, Motion for Administrative Relief for Order Allowing Service By Email, Facsimile, and International

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/361340.1

Case No. C08 00721
PROOF OF SERVICE

Mail on Respondent, and for an Order Assigning A Hearing Date;

  m. Order Granting Petitioner's *Ex Parte* Application, or in the Alternative, Motion for Administrative Relief for Order Allowing Service By Email, Facsimile, and International Mail on Respondent, and for an Order Assigning A Hearing Date; and

  n. Notice of Entry of Order of Granting Petitioner's *Ex Parte* Application and Notice of Hearing Date.

  2. Service by email on each of the above-named individuals commenced on February 14, 2008.  However, as the result of the recipients' email inboxes reaching their storage capacity limit, some of the emails that I sent to the above listed recipients bounced back to me.  Accordingly, I re-sent by email any documents that bounced back.  Below I provide a summary of my efforts to serve the above listed recipients with the above listed documents:

(a) Documents Emailed to Johan Van Damme

  3. On February 14, 2008, all of the above listed fourteen documents were successfully delivered to Mr. Vandamme via email except for Exhibits 49-51, which bounced back to me as the result of Mr. Vandamme's email inbox having reached its storage capacity limit.

  4. On February 15, 2008 I again emailed Exhibits 49-51 to Mr. Vandamme and they again bounced back to me for the same reasons.

  5. On February 19, 2008 I once against emailed exhibits 49-51 at which time they were successfully delivered.

(b) Documents Emailed to Philip Peerens

  6. On February 14, 2008, all of the above listed fourteen documents were successfully delivered to Philip Peerens via email, except for the Exhibit Index, Exhibits 1-41A, and the Court Information Packet, all of which bounced back to me as the result of Mr. Peerens's email inbox having reached its storage capacity limit.

  7. On February 15, 2008, I again emailed the Exhibit Index, Exhibits 1-41A, and the Court Information Packet to Philip Peerens, all of which were successfully delivered at that time.

(c) Documents Emailed to Leo Goovaerts

  8. On February 14, 2008, all of the above listed fourteen documents were successfully

3

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No. C08 00721
PROOF OF SERVICE

PALDMS/361340.1

delivered to Leo Goovaerts via email, except for the Exhibit Index, Exhibits 1-41A, Exhibits 48-51, and the Court Information Packet, all of which bounced back to me as the result of Mr. Goovaerts's email inbox having reached its storage capacity limit.

9. On February 15, 2008, I again emailed the Exhibit Index, Exhibits 1-41A, Exhibits 48-51, and the Court Information Packet to Mr. Goovaerts, all of which were successfully delivered at that time.

(d)    Documents Emailed to Sabine Thielemans

10. On February 14, 2008, all of the above listed fourteen documents were successfully delivered to Sabine Thielemans via email, except for the Exhibit Index, Exhibits 1-44, Exhibit 51, and the Court Information Packet, all of which bounced back to me as the result of Ms. Thielemans's email inbox having reached its storage capacity limit.

11. On February 15, 2008, I again emailed the Exhibit Index, Exhibits 1-44, Exhibit 51, and the Court Information Packet to Ms. Thielemans, but the documents again bounced back to me as the result of Ms. Thielemans's email inbox having reached its storage capacity limit.

12. On February 20, 2008, I again emailed the Exhibit Index, Exhibits 1-44, Exhibit 51, and the Court Information Packet to Ms. Thielemans. On this attempt Exhibits 1-13 and Exhibit 42 were successfully delivered to Ms. Thielemans. Exhibits 14-41, Exhibits 42A-44, Exhibit 51, and the Court Information Packet, however, again bounced back to me as the result of Ms. Thielemans's email inbox having reached its storage capacity limit.

13. On February 25, 2008, I emailed Exhibits 14-41, Exhibits 42A-44, Exhibit 51, and the Court Information Packet to Ms. Thielemans. On this attempt Exhibits 31-41, Exhibits 42A-44, Exhibit 51, and the Court Information Packet were all successfully delivered to Ms. Thielemans. Exhibits 14-30, however, again bounced back to me as the result of Ms. Thielemans's email inbox having reached its storage capacity limit.

14. On February 28, 2008, I emailed Exhibits 14-30 to Ms. Thielemans, but they bounced back to me as the result of Ms. Thielemans's email inbox having reached its storage capacity limit.

15. As of this date, therefore, all of the documents have been delivered via email to Johan Vandamme and Master Chips' attorneys, Philip Peerens, Leo Goovaerts, and Sabine Thielemans

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

4

PALDMS/361340.1

Case No. C08 00721
PROOF OF SERVICE

except Ms. Thielemans has not received Exhibits 14-30 because her email inbox has reached its storage capacity limit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Palo Alto, California, on March 3, 2008.

          /s/ Jerry Salcido, Esq
                Jerry Salcido

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/361340.1

5

Case No. C08 00721
PROOF OF SERVICE