Tod L. Gamlen, State Bar No. 83458
Jerry Salcido, State Bar No. 233282
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299
tod.l.gamlen@bakernet.com
jerry.m.salcido@bakernet.com

Attorneys for Petitioner
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Petitioner, <br><br> v. <br><br> MASTER CHIPS BVBA, <br><br> Respondent. | **CIVIL ACTION** <br><br> **Case No.  C08 00721** <br><br> **PROOF OF SERVICE BY FACSIMILE OF PETITION TO VACATE ARBITRATION AWARD AND OTHER JANUARY 31, 2008 FILINGS [PROOF OF SERVICE NO. 3]** |

I, Marie Fernandez, declare:  I am employed in the County of Santa Clara, California. I am over the age of 18 years and not a party to the within action.  My business address is 660 Hansen Way, Palo Alto, CA 94304.

1.      Pursuant to the Court's February 14, 2008 Order (Document No. 9) granting petitioner Maxim Integrated Products, Inc.'s ("Maxim") *ex parte* application for an order permitting Maxim to serve respondent Master Chips, BVBA ("Master Chips") via email, facsimile, and international mail, I served the following documents via facsimile (fax # 3256221752) on Johan Vandamme, controlling shareholder and President of respondent Master Chips in the manner set forth in ¶ 2 below.  Such service by facimile was in addition to personal service made on Master Chips on February 7, 2008 as set forth in the Proof of Personal Service of Petition to Vacate Arbitration Award and other January 31, 2008 Filings (Proof of Service No. 1):

a.      Civil Cover Sheet;

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

b.  United States District Court, Northern District of California, Summons in a Civil Case with Return of Service attached;

c.  Order Setting Initial Case Management Conference and ADR Deadlines;

d.  Petition of Maxim Integrated Products, Inc. to Vacate Arbitration Award;

e.  Maxim Integrated Products, Inc.'s Memorandum in Support of Petition to Vacate Arbitration Award;

f.  Declaration of Jan Swinnen in Support of Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award;

g.  Declaration of Bieke Noels in Support of Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award;

h.  [Proposed] Order Granting Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award;

i.  Exhibits Submitted in Support of Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award; Notice of Lodgment of Said Exhibits;

j.  Information Packet from the United States District Court;

k.  Petitioner's *Ex Parte* Application, or in the Alternative, Motion for Administrative Relief for Order Allowing Service By Email, Facsimile, and International Mail on Respondent, and for an Order Assigning A Hearing Date; Memorandum of Support; Declaration of Jerry Salcido in Support [FED. R. CIV. P. 4(f)(3)];

l.  Errata to [Proposed] Order Granting Petitioner's *Ex Parte* Application; And [Amended Proposed] Order Granting Petitioner's *Ex Parte* Application, or in the Alternative, Motion for Administrative Relief for Order Allowing Service By Email, Facsimile, and International Mail on Respondent, and for an Order Assigning A Hearing Date;

m.  Order Granting Petitioner's *Ex Parte* Application, or in the Alternative, Motion for Administrative Relief for Order Allowing Service By Email, Facsimile, and International Mail on Respondent, and for an Order Assigning A Hearing Date; and

n.  Notice of Entry of Order of Granting Petitioner's *Ex Parte* Application and Notice of Hearing Date.

2

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/361341.1

Case No. C08 00721
PROOF OF SERVICE

2.     Mr. Vandamme's facsimile machine did not accept all of the documents that I sent on the first try.  Consequently, it took several attempts before all of the documents were successfully transmitted via facsimile.  Below I provide a summary of my efforts to serve Mr. Vandamme with the above listed documents:

a.     On February 14, 2008 I sent via facsimile to Mr. Vandamme all of the above listed 14 documents.  All of the documents were successfully transmitted via facsimile except for Exhibits 2-51.

b.     On February 15, 2008 I again sent via facsimile to Mr. Vandamme Exhibits 2-51.  On that attempt Exhibits 2-19 successfully transmitted, but Exhibits 20-51 did not.

c.     On February 20, 2008 I again sent via facsimile to Mr. Vandamme Exhibits 20-51.  On that occasion Exhibits 20-50 successfully transmitted, but Exhibit 51 did not.

d.     On February 21, 2008 I again sent via facsimile to Mr. Vandamme Exhibit 51, which at that time successfully transmitted.

3.     Mr. Vandamme, therefore, has received via facsimile all of the above listed 14 documents via facsimile.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at Palo Alto, California, on March 3, 2008.

_____
Marie Fernández

er & McKenzie LLP
560 Hansen Way
lo Alto, CA  94304
+1 650 856 2400

PALDMS/361341.1

Case No. C08 00721
PROOF OF SERVICE