Tod L. Gamlen, State Bar No. 83458
Jerry Salcido, State Bar No. 233282
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299
tod.l.gamlen@bakernet.com
jerry.m.salcido@bakernet.com

Attorneys for Petitioner
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Petitioner, <br><br> v. <br><br> MASTER CHIPS BVBA, <br><br> Respondent. | **CIVIL ACTION** <br><br> **Case No.  C08 00721** <br><br> **STIPULATION AND [PROPOSED] ORDER RE CONTINUED HEARING DATE AND BRIEFING SCHEDULE ON MAXIM INTEGRATED PRODUCTS, INC.'S PETITION TO VACATE ARBITRATION AWARD** |

### STIPULATION

Maxim Integrated Products, Inc. ("Petitioner") and Master Chips, BVBA ("Respondent") by and through their respective counsel stipulate as set forth below, which stipulation is entered into in light of the following recitals:

WHEREAS Petitioner filed its Petition to Vacate Arbitration Award ("the Petition") on January 31, 2008.

WHEREAS the Petition is based on a November 9, 2007 arbitration award ("the November 9 Award") rendered in the arbitration proceeding before the International Chamber of Commerce, International Court of Arbitration ("ICC"), Case No. 14123/RCH/JHN, *Master Chips BVBA v. Maxim Integrated Products, Inc.* ("the ICC Arbitration Proceeding").

WHEREAS in the Petition Petitioner alleges, among other things, that the November 9

1

Case No. C08 00721
STIPULATION AND ORDER

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/362073.1

1  Award was procured in violation of the Federal Arbitration Act and the Convention on the
2  Recognition and Enforcement of Foreign Arbitral Awards of June 10, 1958.
3       WHEREAS the ICC Arbitration Proceeding has not been completed and one or more further
4  awards may be rendered in it.
5       WHEREAS on January 31, 2008 Petitioner filed an *ex parte* application, or in the alternative,
6  motion for administrative relief ("*ex parte* application"), for an order to, among other thing, schedule
7  a hearing date on the Petition.
8       WHEREAS Respondent was personally served with the Petition on February 7, 2008.
9       WHEREAS the Court issued an Order on February 14, 2008 granting Petitioner's *ex parte*
10 application and scheduled a hearing date on the Petition for March 24, 2008.
11      WHEREAS Respondent has only recently retained United States counsel and therefore has
12 requested that the March 24 hearing date be continued and has requested additional time to respond
13 to the Petition.
14      WHEREAS Petitioner is willing to stipulate to continuing the hearing date on the conditions
15 that (i) Respondent takes no steps to enforce the November 9 Award or any other award, order or
16 mandate that is made in the ICC Arbitration Proceeding whether by the Arbitrator, or ICC, or
17 otherwise; and (ii) Respondent stipulates and agrees that nothing in this stipulation or the
18 negotiations which led to it will be used, relied on or implied to argue that Petitioner has waived or
19 relinquished any argument or position which is asserted in, or the subject of, the Petition.
20      IN LIGHT OF THE ABOVE, PETITIONER AND RESPONDENT, THROUGH THEIR
21 RESPECTIVE ATTORNEYS, STIPULATE TO THE FOLLOWING:
22      1.   Respondent will take no steps in any manner or in any forum or any jurisdiction
23 (whether the United States or otherwise) to enforce the November 9 Award or any other award that
24 is, has been, or will be rendered in the ICC Arbitration Proceeding until after this Court has ruled on
25 the Petition.
26      2.   The March 24, 2008 hearing on the Petition may be continued to June 2, 2008, or to
27 the first date thereafter that is available to the Court.
28      3.   Subject to paragraph 1, above, Respondent shall have up to and including April 28,

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2

PALDMS/362073.1

Case No. C08 00721
STIPULATION AND ORDER

2008 to file papers in opposition to the Petition be they pleading, memorandum, declaration or other paper;

    4.    Petitioner shall have up to and including May 19, 2008 to file any memorandum, declaration, or other pleading in reply.

    5.    Neither the stipulation nor the negotiations which led to it will be used, relied on or implied to argue that Petitioner has waived or relinquished any argument or position asserted in the Petition.

Dated: March 12, 2008

BAKER & McKENZIE LLP

By: /s/ Jerry Salcido, Esq.
    Jerry Salcido
    Attorneys for Petitioner
    MAXIM INTEGRATED PRODUCTS, INC.

Dated: March 12, 2008

HARVEY & SISKIND LLP

By: /s/ Seth I. Appel, Esq.
    Lawrence J. Siskind
    Seth I. Appel
    Attorneys for Petitioner
    MASTER CHIPS, BVBA

### ORDER

The Court has considered the above stipulation and good cause appearing, IT IS HEREBY ORDERED that the above stipulation shall be the ORDER of this Court and shall be entered accordingly.

IT IS FURTHER ORDERED that the hearing on the Petition to Vacate Arbitration Award filed by Maxim Integrated Products, Inc. shall be held on _____ \_\_\_, 2008 at 9:00 a.m. Pacific Standard Time in Courtroom 8 of the above entitled Court.

IT IS SO ORDERED.

Dated: March \_\_\_\_\_, 2008

    JUDGE OF THE UNITED STATES
    DISTRICT COURT FOR THE NORTHERN
    DISTRICT OF CALIFORNIA

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

3

PALDMS/362073.1

Case No. C08 00721
STIPULATION AND ORDER