HARVEY SISKIND LLP
LAWRENCE J. SISKIND (SBN 85628)
Email: siskind@harveysiskind.com
SETH I. APPEL (SBN 233421)
Email: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Respondent and Cross-Petitioner
MASTER CHIPS, BVBA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>               Petitioner,<br><br>v.<br><br>MASTER CHIPS, BVBA,<br><br>               Respondent. | Case No. C 08 00721 JW<br><br>**[PROPOSED] ORDER<br>CONFIRMING ARBITRATION AWARD**<br><br>Date: June 2, 2008<br>Time: 9:00 am<br><br>The Honorable James Ware<br>Courtroom 8, 4th Floor |
| MASTER CHIPS, BVBA,<br><br>               Cross-Petitioner,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC.,<br><br>               Cross-Respondent. | |

1  The Petition to Confirm Arbitration Award of Master Chips BVBA ("Master Chips"), and
2  the Petition to Vacate Arbitration Award of Maxim Integrated Products, Inc. ("Maxim"), came on for
3  hearing on June 2, 2008.
4  The Court having considered the parties' respective petitions and memoranda, as well as
5  arguments of counsel, and good cause appearing therefor, it is hereby **ORDERED** that:
6  Master Chips's Petition to Confirm Arbitration Award is granted, and Maxim's Petition to
7  Vacate Arbitration Award is denied. The arbitration award issued on November 9, 2007, by the
8  International Chamber of Commerce, International Court of Arbitration (Case No.
9  14123/RHR/JHN), in favor of Master Chips and against Maxim, is **CONFIRMED**.

                                                _____
                                                The Honorable James Ware
                                                United States District Court Judge

[PROPOSED] ORDER CONFIRMING ARBITRATION AWARD
Case No. C 08 00721 JW