HARVEY SISKIND LLP
LAWRENCE J. SISKIND (SBN 85628)
Email: siskind@harveysiskind.com
SETH I. APPEL (SBN 233421)
Email: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Respondent and Cross-Petitioner
MASTER CHIPS, BVBA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Petitioner, <br><br> v. <br><br> MASTER CHIPS, BVBA, <br><br> Respondent. | Case No. C 08 00721 JW <br><br> **DECLARATION OF SETH I. APPEL IN OPPOSITION TO PETITION TO VACATE, AND IN SUPPORT OF PETITION TO CONFIRM, ARBITRATION AWARD** <br><br> Date: June 2, 2008 <br> Time: 9:00 am <br><br> The Honorable James Ware <br> Courtroom 8, 4th Floor |
| MASTER CHIPS, BVBA, <br><br> Cross-Petitioner, <br><br> v. <br><br> MAXIM INTEGRATED PRODUCTS, INC., <br><br> Cross-Respondent. | |

DECLARATION OF SETH I. APPEL
Case No. C 08 00721 JW

I, Seth I. Appel, declare as follows:

1. I am an attorney at the law firm of Harvey Siskind LLP, counsel of record for Respondent and Cross-Petitioner Master Chips, BVBA in this action against Petitioner and Cross-Respondent Maxim Integrated Products, Inc. ("Maxim"). I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a portion of a webpage I printed on April 23, 2008. This webpage is from the website www.lafili-law.com, which is the apparent website of Lafili, Van Crombrugghe & Partners, counsel for Maxim in an arbitration proceeding between the parties that took place in the ICC International Court of Arbitration (Case No. 14123/RCH/JHN). This webpage lists the attorneys at the firm, along with the languages in which each attorney is fluent.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 28th day of April, 2008, in San Francisco, California.

/s/
Seth I. Appel



# Lafili, Van Crombrugghe & Partners

NL | FR    HOME

Where to find us | Rules of ethics | Areas of Practice | Lawyers | Publications | Internships | Contact | Links

- **Lawyers-Partners**
- Of Counsels
- Lawyers-Associates

## Lawyers-Partners

- *Louis Lafili (Brussels)*

e-mail: louis.lafili@lafil-law.be

Louis Lafili studied philosophy at the University of Leuven (K.U.L.). He graduated in law from the University of Leuven (K.U.L.) in 1972. He obtained the "diplôme d'études françaises" from the University of Nancy (France) and he was admitted to the Bar of Brussels in 1972. In 1985 he created Lafili, Van Crombrugghe & Partners together with Nicole Van Crombrugghe.

Louis is an active member of a large number of international lawyers' associations. He was, i.a., the treasurer of the Fédération de Droit Européen, President of the Irish Belgian Business Association and a Board member of several other associations in Europe and in the United States of America.

He acted on several occasions as international arbitrator for the ICC. He contributed to various publications on commercial law, company law, agency and distribution agreements, joint ventures, etc. He regularly gives lectures in Europe, in the United States and in Asia on legal developments within the E.U., investments in Europe, and sales networks in the United States of America.

He currently teaches commercial law at the EHSAL. In 1997, he was appointed honorary Counsel for Foreign Trade for the Kingdom of Belgium.

Louis Lafili is fluent in Dutch, French, English, German, Italian and Spanish.

His major areas of practice are commercial and business law, as well as real estate law.

top

- *Nicole Van Crombrugghe (Brussels)*

Dutch-speaking, Mia is also fluent in English and French.

Her major areas of practice are aviation law and tourism, European and national competition law and E-commerce.

top

- **Jan Swinnen (Antwerp)**

e-mail: jan.swinnen@lafili-law.be

Jan Swinnen graduated in law from the University of Leuven (K.U.L.). He was admitted to the Bar in 1989.

Jan Swinnen is a member of A.I.J.A. and is a member of the 'Bureau' of the A.I.J.A; he is also a member of the I.B.A. and of the W.T.C. of Antwerp. He won the "Hugo Van Eecke" pleading contest in 1990 within the framework of a program on lease agreements and commercial lease agreements; he was a lecturer at the Vrije Universiteit van Brussel.

Jan is fluent in Dutch, French and English.

His major areas of practice are commercial contracts and labour law.

top

- **Ingrid Meeussen (Brussels)**

e-mail: ingrid.meeussen@lafili-law.be

Ingrid Meeussen graduated in law in 1988 from the University of Leuven (K.U.L.). In 1990 she obtained a special degree in economic law at the University of Brussels (U.L.B.). Ingrid Meeussen was admitted to the Bar of Brussels in 1990.

Ingrid's major areas of practice are in international business law (amongst which are commercial contracts, corporate law, labour law and international private law) with a special focus on distribution law (distribution agreements, commercial agency, franchising, international sale of goods).

Ingrid is the author of various publications on distribution law, company law, real estate and product liability. She is a member of a large number of international associations and regularly gives lectures.

Ingrid Meeussen is fluent in Dutch, French, German, English and Italian.

- **Bieke Noels (Antwerp)**

  e-mail: bieke.noels@lafili-law.be

  Bieke Noels graduated in law from the University of Antwerp. She was a laureate of the pleading contest of the "Vlaamse conferentie Antwerpen & Kortrijk". She was admitted to the Bar in 1994.

  She is an active member of several organisations such as A.I.J.A, the Chamber of Commerce of Antwerp-Waasland and Unizo.

  Her major areas of practice are commercial contracts (agency and distribution), commercial law, European competition law and international private law.

  She is fluent in Dutch, French, English and Italian.

  top

## Of Counsels

- **Philippe Logelain (Brussel)**

  e-mail: philippe.logelain@lafili-law.be

  Philippe Logelain graduated in law from the University of Brussels ("ULB"). He also holds a degree in European Law from the Institute of European Studies ("ULB") and a post graduate certificate from the Institute of Comparative Law, New York University ("NYU"). He was admitted to the Bar of Brussels in 1984.

  Philippe counsels Belgian, US and other international clients on general Belgian corporate issues, contract law, financial law, mergers & acquisitions, unfair competition and EU competition law. He is also involved in issues related to product liability, product safety where he advises clients on compliance matters. He handles litigation and arbitration cases on various commercial matters; recently, he successfully conducted a major arbitration case for a US based communications equipment company (defence against wrongful termination claims).