Tod L. Gamlen, State Bar No. 83458
Jerry Salcido, State Bar No. 233282
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299
tod.l.gamlen@bakernet.com
jerry.m.salcido@bakernet.com

Attorneys for Petitioner
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Petitioner, <br><br> v. <br><br> MASTER CHIPS BVBA, <br><br> Respondent. | CIVIL ACTION <br><br> Case No. 08 00721-JW <br><br> **REPLY DECLARATION OF JERRY SALCIDO IN SUPPORT OF MAXIM INTEGRATED PRODUCTS, INC.'S PETITION TO VACATE ARBITRATION AWARD** <br><br> Date: June 2, 2008 <br> Time: 9:00 a.m. <br> Dept.: Courtroom 8, 4th Floor <br> Judge: The Honorable James Ware |

I, Jerry Salcido, hereby make the following declaration under penalty of perjury under the laws of the State of California and the United States. I declare that the facts stated herein are true, correct and within my own personal knowledge. If called as a witness and sworn I could competently testify to these facts.

1. I am an attorney at law duly admitted to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Baker & McKenzie LLP, 660 Hansen Way, Palo Alto, California, attorneys of record for Petitioner Maxim Integrated Products, Inc. ("Maxim"). I am involved in handling this case on behalf of said Petitioner and, as

1

er & McKenzie LLP
660 Hansen Way
lo Alto, CA 94304
+1 650 856 2400

Case No. 08 00721-JW
REPLY DECL. OF JERRY SALCIDO IN SUPP. OF MAXIM'S PETITION TO VACATE ARBITRATION AWARD
PALDMS/367368.1

such, I have personal knowledge of the matters set forth in this declaration.

2. On March 12, 2008, Maxim and Master Chips BVBA ("Master Chips") entered a stipulation whereby Maxim agreed to grant Master Chips an additional 60 days to respond to Maxim's Petition to Vacate Arbitration Award ("Petition"), and in exchange Master Chips agreed to "take no steps in any manner or in any forum or any jurisdiction (whether the United States or otherwise) to enforce the November 9 Award or any other award that is, has been, or will be rendered in the ICC Arbitration Proceeding until after this Court has ruled on [Maxim's] Petition." Stipulation and Order Re Continued Hearing Date and Briefing Schedule on Maxim Integrated Products, Inc.'s Petition to Vacate Arbitration Award, pg. 2:22-25, a true and correct copy of which is attached hereto as **EXH. 55**. The stipulation became the Court's order on March 17, 2008. *Id.*

3. On April 28, 2008, Master Chips filed a "Cross-Petition to Confirm Arbitration Award." A true and correct copy of Master Chips' Cross-Petition is attached hereto as **EXH. 56**.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed on May 19, 2008, at Palo Alto, California.

_____
Jerry Salcido

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/367368.1

2

Case No. 08 00721-JW
REPLY DECL. OF JERRY SALCIDO IN SUPP. OF MAXIM'S PETITION TO VACATE ARBITRATION AWARD

# EXHIBIT 55

Case 5:08-cv-00721-JW   Document 27-2   Filed 05/19/2008   Page 2 of 4
Case 5:08-cv-00721-JW   Document 18   Filed 03/18/2008   Page 1 of 3

1  Tod L. Gamlen, State Bar No. 83458
   Jerry Salcido, State Bar No. 233282
2  **BAKER & McKENZIE LLP**
   660 Hansen Way
3  Palo Alto, CA 94304-1044
   Telephone: +1 650 856 2400
4  Facsimile: +1 650 856 9299
   tod.l.gamlen@bakernet.com
5  jerry.m.salcido@bakernet.com

6  Attorneys for Petitioner
   MAXIM INTEGRATED PRODUCTS, INC.
7



IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., | **CIVIL ACTION** |
| Petitioner, | Case No. C08 00721 |
| v. | STIPULATION AND [PROPOSED] ORDER RE CONTINUED HEARING DATE AND BRIEFING SCHEDULE ON MAXIM INTEGRATED PRODUCTS, INC.'S PETITION TO VACATE ARBITRATION AWARD |
| MASTER CHIPS BVBA, | |
| Respondent. | |

## STIPULATION

Maxim Integrated Products, Inc. ("Petitioner") and Master Chips, BVBA ("Respondent") by and through their respective counsel stipulate as set forth below, which stipulation is entered into in light of the following recitals:

WHEREAS Petitioner filed its Petition to Vacate Arbitration Award ("the Petition") on January 31, 2008.

WHEREAS the Petition is based on a November 9, 2007 arbitration award ("the November 9 Award") rendered in the arbitration proceeding before the International Chamber of Commerce, International Court of Arbitration ("ICC"), Case No. 14123/RCH/JHN, *Master Chips BVBA v. Maxim Integrated Products, Inc.* ("the ICC Arbitration Proceeding").

WHEREAS in the Petition Petitioner alleges, among other things, that the November 9

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/362073.1

1

Case No. C08 00721
STIPULATION AND ORDER

1  Award was procured in violation of the Federal Arbitration Act and the Convention on the
2  Recognition and Enforcement of Foreign Arbitral Awards of June 10, 1958.
3      WHEREAS the ICC Arbitration Proceeding has not been completed and one or more further
4  awards may be rendered in it.
5      WHEREAS on January 31, 2008 Petitioner filed an *ex parte* application, or in the alternative,
6  motion for administrative relief ("*ex parte* application"), for an order to, among other thing, schedule
7  a hearing date on the Petition.
8      WHEREAS Respondent was personally served with the Petition on February 7, 2008.
9      WHEREAS the Court issued an Order on February 14, 2008 granting Petitioner's *ex parte*
10 application and scheduled a hearing date on the Petition for March 24, 2008.
11     WHEREAS Respondent has only recently retained United States counsel and therefore has
12 requested that the March 24 hearing date be continued and has requested additional time to respond
13 to the Petition.
14     WHEREAS Petitioner is willing to stipulate to continuing the hearing date on the conditions
15 that (i) Respondent takes no steps to enforce the November 9 Award or any other award, order or
16 mandate that is made in the ICC Arbitration Proceeding whether by the Arbitrator, or ICC, or
17 otherwise; and (ii) Respondent stipulates and agrees that nothing in this stipulation or the
18 negotiations which led to it will be used, relied on or implied to argue that Petitioner has waived or
19 relinquished any argument or position which is asserted in, or the subject of, the Petition.
20     IN LIGHT OF THE ABOVE, PETITIONER AND RESPONDENT, THROUGH THEIR
21 RESPECTIVE ATTORNEYS, STIPULATE TO THE FOLLOWING:
22     1.    Respondent will take no steps in any manner or in any forum or any jurisdiction
23 (whether the United States or otherwise) to enforce the November 9 Award or any other award that
24 is, has been, or will be rendered in the ICC Arbitration Proceeding until after this Court has ruled on
25 the Petition.
26     2.    The March 24, 2008 hearing on the Petition may be continued to June 2, 2008, or to
27 the first date thereafter that is available to the Court.
28     3.    Subject to paragraph 1, above, Respondent shall have up to and including April 28,

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/362073.1

2

Case No. C08 00721
STIPULATION AND ORDER

1  2008 to file papers in opposition to the Petition be they pleading, memorandum, declaration or other paper;

2      4.    Petitioner shall have up to and including May 19, 2008 to file any memorandum, declaration, or other pleading in reply.

3      5.    Neither the stipulation nor the negotiations which led to it will be used, relied on or implied to argue that Petitioner has waived or relinquished any argument or position asserted in the Petition.

Dated: March 12, 2008

BAKER & McKENZIE LLP

By: /s/ Jerry Salcido, Esq.
    Jerry Salcido
    Attorneys for Petitioner
    MAXIM INTEGRATED PRODUCTS, INC.

Dated: March 12, 2008

HARVEY & SISKIND LLP

By: /s/ Seth I. Appel, Esq.
    Lawrence J. Siskind
    Seth I. Appel
    Attorneys for Petitioner
    MASTER CHIPS, BVBA

### ORDER

The Court has considered the above stipulation and good cause appearing, IT IS HEREBY ORDERED that the above stipulation shall be the ORDER of this Court and shall be entered accordingly.

IT IS FURTHER ORDERED that the hearing on the Petition to Vacate Arbitration Award filed by Maxim Integrated Products, Inc. shall be held on **June 2, 2008 at 9 a.m.**

IT IS SO ORDERED.

Dated: March 17, 2008

JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

3

PALDMS/362073.1

Case No. C08 00721
STIPULATION AND ORDER

# EXHIBIT 56

1  HARVEY SISKIND LLP
   LAWRENCE J. SISKIND (SBN 85628)
2  Email: siskind@harveysiskind.com
   SETH I. APPEL (SBN 233421)
3  Email: sappel@harveysiskind.com
   Four Embarcadero Center, 39th Floor
4  San Francisco, CA 94111
5  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
6
7  Attorneys for Respondent and Cross-Petitioner
   MASTER CHIPS, BVBA
8
9
              IN THE UNITED STATES DISTRICT COURT
10
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>Petitioner,<br><br>v.<br><br>MASTER CHIPS, BVBA,<br><br>Respondent. | Case No. C 08 00721 JW<br><br>**ANSWER TO PETITION TO VACATE ARBITRATION AWARD; CROSS-PETITION TO CONFIRM ARBITRATION AWARD**<br><br>Date: June 2, 2008<br>Time: 9:00 am<br><br>The Honorable James Ware<br>Courtroom 8, 4th Floor |
| MASTER CHIPS, BVBA,<br><br>Cross-Petitioner,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC.,<br><br>Cross-Respondent. | |

ANSWER TO PETITION TO VACATE ARBITRATION AWARD; CROSS-PETITION TO CONFIRM ARBITRATION AWARD
Case No. C 08 00721 JW

## CROSS-PETITION TO CONFIRM ARBITRATION AWARD

Pursuant to 9 U.S.C. § 207, Master Chips BVBA ("Master Chips") respectfully applies to this Court for an order confirming the arbitration award issued on November 9, 2007, by the International Chamber of Commerce, International Court of Arbitration (Case No. 14123/RHR/JHN), in favor of Master Chips and against Maxim Integrated Products, Inc. ("Maxim"). This award is attached as Exhibit 51 to Maxim's Petition to Vacate Arbitration Award, filed on January 31, 2008.

WHEREFORE, Master Chips prays for judgment as follows:

1. That Maxim's Petition to Vacate Arbitration Award be denied;
2. That Master Chips's Petition to Confirm Arbitration Award be granted;
3. For reasonable attorneys' fees and costs of this action; and
4. For such other and further relief as the Court may deem just and proper.

Dated: April 28, 2008

Respectfully submitted,

HARVEY SISKIND LLP
LAWRENCE J. SISKIND
SETH I. APPEL

By: ___/s/___
Seth I. Appel

Attorneys for Respondent and Cross-Petitioner
MASTER CHIPS, BVBA