1    Tod L. Gamlen, State Bar No. 83458
Jerry Salcido, State Bar No. 233282
2    **BAKER & McKENZIE LLP**
660 Hansen Way
3    Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
4    Facsimile:  +1 650 856 9299
tod.l.gamlen@bakernet.com
5    jerry.m.salcido@bakernet.com

6    Attorneys for Petitioner
MAXIM INTEGRATED PRODUCTS, INC.

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11    MAXIM INTEGRATED PRODUCTS, INC.    **CIVIL ACTION**

12            Plaintiff,    **Case No.  08-00721-JW**

13        v.    **ORDER [PROPOSED] GRANTING
MOTION FOR ADMINISTRATIVE**
14    MASTER CHIPS BVBA,    **RELIEF [L.R. 7–11] (Filed in Connection
with Hearing on Petition to be Heard as**
15           Respondent.    **Follows):**

16                                      **Date:     June 2, 2008**
**Time:     9:00 a.m.**
17                                      **Judge:   The Hon. James Ware,**
**Courtroom 8, 4th Floor**
18

19

20           Pursuant to L.R. 7–11, Petitioner Maxim Integrated Products, Inc. ("Maxim") has filed a

21    motion for administrative relief.  The Court has considered such motion and good cause appearing,

22    therefore, IT IS HEREBY ORDERED as follows:

23          (1)      Maxim's motion for administrative relief is GRANTED.

24          (2)      Maxim is granted leave to file, and the Court shall consider the following which are

25    deemed filed:

26                (a)      The Memorandum of Maxim Integrated Products, Inc.:  (1) In Opposition to

27    Master Chips' Motion to Strike; (2) In Reply to Master Chips' Opposition to Maxim's Motion to

28    Strike; and,

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/367736.1

1        (b)     The Declaration of Jerry M. Salcido:  (1) In Opposition to Master Chips'

2  Motion to Strike; (2) In Reply to Master Chips' Opposition to Maxim's Motion to Strike.

4  IT IS SO ORDERED.

6  Dated: _____, 2008

                                                             The Honorable James Ware
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/367736.1

Case No CV-05-0101-AWI (LJO)
ORDER [PROPOSED] GRANTING MOTION FOR ADMINISTRATIVE RELIEF [L.R. 7–11]