UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

**Judge:** James Ware
**Date:** June 2, 2008
**Case No.:** C-08-00721 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Peter Torreano
**Interpreter:** N/A

TITLE

Maxim Integrated Products Inc v. Master Chips BVBA

**Attorney(s) for Plaintiff(s)**: Tod Gamlen, Jerry Salcido
**Attorney(s) for Defendant(s)**: Lawrence Siskind, Philip Peerens

PROCEEDINGS

Plaintiff's Petition to Vacate Arbitration Award

ORDER AFTER HEARING

Hearing Held. The Court took the matter under submission after oral argument. The Court to issue further order on motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: