United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Maxim Integrated Products, Inc., | NO. C 08-00721 JW |
| Petitioner, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Master Chips, BVBA, | |
| Defendant. | |

On its own motion, the Court VACATES the Case Management Conference currently scheduled for June 23, 2008. The Court will set a new Case Management Conference date, if necessary, in its order addressing the petition to vacate the arbitration award.

Dated: June 18, 2008

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gerald Michael Salcido jerry.m.salcido@bakernet.com
Lawrence J. Siskind siskind@harveysiskind.com
Seth Isaac Appel sappel@harveysiskind.com
Tod L. Gamlen tod.l.gamlen@bakernet.com

**Dated:  June 18, 2008**                                      **Richard W. Wieking, Clerk**

                                                               **By:   /s/ JW Chambers
                                                                    Elizabeth Garcia
                                                                    Courtroom Deputy**