```
 1  HARVEY SISKIND LLP
    LAWRENCE J. SISKIND (SBN 85628)
 2  Email: siskind@harveysiskind.com
    SETH I. APPEL (SBN 233421)
 3  Email: sappel@harveysiskind.com
    Four Embarcadero Center, 39th Floor
 4  San Francisco, CA  94111
 5  Telephone: (415) 354-0100
    Facsimile: (415) 391-7124
 6
 7  Attorneys for Respondent and Cross-Petitioner
    MASTER CHIPS, BVBA
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>Petitioner,<br><br>v.<br><br>MASTER CHIPS, BVBA,<br><br>Respondent. | Case No. C 08 00721 JW<br><br>**SUPPLEMENTAL CROSS-PETITION TO CONFIRM ARBITRATION AWARD** |
| MASTER CHIPS, BVBA,<br><br>Cross-Petitioner,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC.,<br><br>Cross-Respondent. | |

Respondent and Cross-Petitioner Master Chips, BVBA ("Master Chips"), a Belgian corporation, for its Supplemental Cross-Petition to Confirm Arbitration Award against Petitioner and Cross-Respondent Maxim Integrated Products, Inc. ("Maxim"), alleges as follows:

1. On November 30, 2005, Master Chips initiated an arbitration proceeding against Maxim in the International Chamber of Commerce, International Court of Arbitration (the "ICC Court"). Upon the proposal of the Dutch National Committee, the ICC Court appointed Eric van Ginkel as sole arbitrator. Mr. van Ginkel (the "Arbitrator") is an experienced and widely respected international arbitrator.

2. On November 9, 2007, after the parties had engaged in extensive discovery, briefing, and presentation of testimony, the ICC Court issued a Partial Award (the "Partial Award"). The Partial Award is as attached as Exhibit A to the Declaration of Leo Goovaerts, filed concurrently herewith.[1]

3. In the Partial Award, the Arbitrator ruled in favor of Master Chips and against Maxim on several claims. Based on those successful claims, the Arbitrator awarded certain damages to Master Chips in the Partial Award and stated that he would award additional damages to Master Chips in a Final Award (the "Final Award"), based on the calculations of an expert. [*See* Partial Award at 74-75]

4. On January 31, 2008, Maxim filed a Petition to Vacate Arbitration Award in this Court. On April 28, 2008, Master Chips answered and opposed Maxim's Petition to Vacate Arbitration Award. It also filed a Cross-Petition to Confirm Arbitration Award.

5. On June 2, 2008, the Court heard oral argument concerning Maxim's Petition to Vacate Arbitration Award and Master Chips's Cross-Petition to Confirm Arbitration Award. During the argument, the Court discussed with counsel the possibility of deferring judgment until issuance of the Final Award.

---

[1] The Partial Award is also attached as Exhibit 51 to Maxim's Petition to Vacate Arbitration Award, included in the Court's electronic docket as No. 2.

6. On July 12, 2008, the ICC Court issued the Final Award. In the Final Award, the Arbitrator awarded to Master Chips the total amount of its damages in light of the expert's calculations. The Final Award is attached as Exhibit B to the Declaration of Leo Goovaerts, filed concurrently herewith.

7. Pursuant to 9 U.S.C. § 207, Master Chips hereby respectfully applies to this Court for an order confirming the Final Award.

8. The Final Award, like the Partial Award, falls under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (the "Convention").

9. The Federal Arbitration Act, 9 U.S.C. § 101, *et seq.*, governs confirmation of arbitration awards under the Convention. Under 9 U.S.C. § 207, the Court "shall" confirm the Final Award "unless it finds one of the grounds for refusal or deferral of recognition or enforcement of the award specified in said Convention." As discussed in detail in Master Chips's papers in opposition to Maxim's Petition to Vacate Arbitration Award, and in support of its Cross-Petition to Confirm Arbitration Award, no such grounds exist.

WHEREFORE, Master Chips prays for judgment as follows:

1. That Master Chips's Cross-Petition to Confirm Arbitration Award and Supplemental Cross-Petition to Confirm Arbitration Award be granted;

2. That Maxim's Petition to Vacate Arbitration Award be denied;

3. For reasonable attorneys' fees and costs of this action; and

4. For such other and further relief as the Court may deem just and proper.

Dated: July 24, 2008

Respectfully submitted,

HARVEY SISKIND LLP
LAWRENCE J. SISKIND
SETH I. APPEL

By: _____/s/_____
      Seth I. Appel

Attorneys for Respondent and Cross-Petitioner