1  HARVEY SISKIND LLP
   LAWRENCE J. SISKIND (SBN 85628)
2  Email: siskind@harveysiskind.com
   SETH I. APPEL (SBN 233421)
3  Email: sappel@harveysiskind.com
4  Four Embarcadero Center, 39th Floor
   San Francisco, CA 94111
5  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
6
7  Attorneys for Respondent and Cross-Petitioner
   MASTER CHIPS, BVBA
8

9                IN THE UNITED STATES DISTRICT COURT
10        FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE DIVISION
12

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Petitioner, <br><br> v. <br><br> MASTER CHIPS, BVBA, <br><br> Respondent. <br> ──────────────────── <br> MASTER CHIPS, BVBA, <br><br> Cross-Petitioner, <br><br> v. <br><br> MAXIM INTEGRATED PRODUCTS, INC., <br><br> Cross-Respondent. | Case No. C 08 00721 JW <br><br> **DECLARATION OF LEO GOOVAERTS IN SUPPORT OF SUPPLEMENTAL CROSS-PETITION TO CONFIRM ARBITRATION AWARD** |

1    I, Leo Goovaerts, declare as follows:

2        1.    I am an attorney at NovaLex, counsel for Master Chips, BVBA in an arbitration

3    proceeding against Maxim Integrated Products, Inc. that took place in the ICC International Court of

4    Arbitration (Case No. 14123/RCH/JHN). I have personal knowledge of the matters stated herein,

5    and, if called as a witness, I could and would testify competently thereto.

6        2.    Attached hereto as Exhibit A is a true and correct copy of the Partial Award issued

7    on November 9, 2007, in the above-referenced arbitration proceeding.

8        3.    Attached hereto as Exhibit B is a true and correct copy of the Final Award issued on

9    July 12, 2008, in the above-referenced arbitration proceeding.

10        I declare under penalty of perjury under the laws of the United States that the foregoing is

11    true and correct and that this declaration was executed this 24 day of July, 2008, in Brussels,

12    Belgium.

13

14    _____

                   Leo Goovaerts

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF LEO GOOVAERTS
Case No. C 08 00721 JW