HARVEY SISKIND LLP
LAWRENCE J. SISKIND (SBN 85628)
Email: siskind@harveysiskind.com
SETH I. APPEL (SBN 233421)
Email: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, CA  94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124

Attorneys for Respondent and Cross-Petitioner
MASTER CHIPS, BVBA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>Petitioner,<br><br>v.<br><br>MASTER CHIPS, BVBA,<br><br>Respondent. | Case No. C 08 00721 JW<br><br>**[PROPOSED] ORDER CONFIRMING ARBITRATION AWARD** |
| MASTER CHIPS, BVBA,<br><br>Cross-Petitioner,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC.,<br><br>Cross-Respondent. | |

The Petition to Vacate Arbitration Award of Maxim Integrated Products, Inc. ("Maxim") and the Cross-Petition to Confirm Arbitration Award of Master Chips BVBA ("Master Chips") came on for hearing on June 2, 2008.

Subsequently, the Court has considered Master Chips's Supplemental Cross-Petition to Confirm Arbitration Award.

The Court having considered the parties' respective petitions and memoranda, as well as arguments of counsel, and good cause appearing therefor, it is hereby **ORDERED** that:

Master Chips's Cross-Petition to Confirm Arbitration Award, and its Supplemental Cross-Petition to Confirm Arbitration Award, are granted, and Maxim's Petition to Vacate Arbitration Award is denied. The arbitration awards issued on November 9, 2007, and July 12, 2008, by the International Chamber of Commerce, International Court of Arbitration (Case No. 14123/RHR/JHN), in favor of Master Chips and against Maxim, copies of which are attached as Exhibit A and Exhibit B to the Declaration of Leo Goovaerts, are **CONFIRMED**.

_____
The Honorable James Ware
United States District Court Judge