Tod L. Gamlen, State Bar No. 83458
Jerry Salcido, State Bar No. 233282
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone:  +1 650 856 2400
Facsimile:   +1 650 856 9299
tod.l.gamlen@bakernet.com
jerry.m.salcido@bakernet.com

Attorneys for Petitioner
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Petitioner, <br><br> v. <br><br> MASTER CHIPS BVBA, <br><br> Respondent. | CIVIL ACTION <br><br> **Case No.  08 00721–JW** <br><br> **[PROPOSED] ORDER GRANTING MAXIM INTEGRATED PRODUCTS, INC.'S MOTIONS (1) TO STRIKE RESPONDENT'S SUPPLEMENTAL CROSS-PETITION TO CONFIRM JULY 12, 2008 ARBITRATION AWARD; (2) FOR LEAVE TO FILE SUPPLEMENTAL PETITION TO VACATE JULY 12, 2008 ARBITRATION AWARD; AND (3) TO VACATE JULY 12, 2008 ARBITRATION AWARD MEMORANDUM OF POINTS AND AUTHORITIES** <br><br> Date:     September 15, 2008 <br> Time:    9:00 a.m. <br> Dept.:   Courtroom 8, 4th Floor <br> Judge:  The Honorable James Ware |

Maxim Integrated Products, Inc. ("Maxim") has filed Motions (1) to Strike Respondent's Supplemental Cross-Petition to Confirm July 12, 2008 Final Arbitration Award; (2) for Leave to File Supplemental Petition to Vacate Final Arbitration Award; and (3) to Vacate Final Arbitration Award ("Motions").  Maxim's Motions came on regularly for hearing on September 15, 2008.  Maxim and Respondent Master Chips BVBA ("Master Chips") were each represented by their respective

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No 08 00721–JW
[PROPOSED] ORDER GRANTING MAXIM'S MTNS. TO STRIKE SUPP. CROSS-PET.; FOR LEAVE TO FILE SUPP. PET. TO VAC.; & TO VAC. ARB. AWARD
PALDMS/373549.1

counsel.

Having reviewed the papers in support of, and in opposition to, said Motions, having heard the argument of counsel and good cause appearing therefore, it is HEREBY ORDERED AS FOLLOWS:

1. Maxim's Motion to Strike Master Chips' Supplemental Cross-Petition to Confirm Arbitration Award is GRANTED. Master Chips did not comply with Federal Rules of Civil Producer 15(d) before filing its Supplemental Cross-Petition to Confirm Arbitration Award.

2. Maxim's Motion for Leave to File its Supplemental Petition to Vacate Arbitration Award, which was submitted and filed concurrently with this Motion, is GRANTED. Maxim's Supplemental Petition to Vacate Arbitration Award is considered filed as of the date of this ORDER.

3. Maxim's Motion to Vacate the July 12, 2008 arbitration award, is GRANTED.

IT IS SO ORDERED.

Dated: September ____, 2008

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2

Case No 08 00721–JW
[PROPOSED] ORDER GRANTING MAXIM'S MTNS. TO STRIKE SUPP. CROSS-PET.; FOR LEAVE TO FILE SUPP. PET. TO VAC.; & TO VAC. ARB. AWARD
PALDMS/373549.1