HARVEY SISKIND LLP
LAWRENCE J. SISKIND (SBN 85628)
Email: siskind@harveysiskind.com
SETH I. APPEL (SBN 233421)
Email: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Respondent and Cross-Petitioner
MASTER CHIPS, BVBA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC.,<br><br>        Petitioner,<br><br>v.<br><br>MASTER CHIPS, BVBA,<br><br>        Respondent. | Case No. C 08 00721 JW<br><br>**CROSS-PETITIONER'S OPPOSITION TO PETITIONER'S SUPPLEMENTAL PETITION TO VACATE ARBITRATION AWARD**<br><br>Date:   September 15, 2008<br>Time:   9:00 a.m.<br><br>The Honorable James Ware<br>Courtroom 8, 4th Floor |
| MASTER CHIPS, BVBA,<br><br>        Cross-Petitioner,<br><br>v.<br><br>MAXIM INTEGRATED PRODUCTS, INC.,<br><br>        Cross-Respondent. | |

Respondent and Cross-Petitioner Master Chips, BVBA ("Master Chips") respectfully opposes the Supplemental Petition to Vacate Arbitration Award filed by Petitioner and Cross-Respondent Maxim Integrated Products, Inc. ("Maxim").

In its Supplemental Petition to Vacate, Maxim asks the Court to vacate two arbitration awards issued by the International Chamber of Commerce, International Court of Arbitration (the "ICC Court"): the "Partial Award," issued on November 9, 2007, and the "Final Award," issued on July 12, 2008. Maxim does not raise any new issues in its Supplemental Petition to Vacate. Rather, it "incorporates by reference" it earlier filings in this matter. [Supp.. Pet. to Vacate, 1:15-22] Significantly, Maxim has never raised any objections specifically directed to the Final Award.

Master Chips likewise incorporates its earlier filings in this matter in opposition to Maxim's Supplemental Petition to Vacate, including, most recently, its Memorandum of Points and Authorities in Support of Supplemental Cross-Petition to Confirm Arbitration Award, filed on August 7, 2008, and included in the Court's electronic docket as No. 44.

As discussed at length in Master Chips's previous filings, Maxim's challenges to the arbitrator's rulings have no merit. Vacating an international arbitration award is proper under only the most extraordinary circumstances, and Maxim falls far short of meeting its heavy burden. The Court should confirm both the Partial Award and the Final Award.

Dated: August 25, 2008    Respectfully submitted,

HARVEY SISKIND LLP

By: _____/s/_____
        Seth I. Appel

Attorneys for Respondent and Cross-Petitioner
MASTER CHIPS, BVBA