IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Maxim Integrated Products, Inc., | NO. C 08-00721 JW |
|         Petitioner, | **JUDGMENT** |
|    v. | |
| Master Chips, BVBA, | |
|         Respondent. | |

Pursuant to the Court's August 27, 2008 Order Denying Maxim's Petition to Vacate Arbitration Award; Granting Master Chips' Cross-Petition to Confirm Arbitration Award, judgment is entered in favor of Respondent Master Chips, BVBA, against Petitioner Maxim Integrated Products, Inc. The Arbitration Awards issued on November 9, 2007[1] and July 12, 2008,[2] by the International Chambers of Commerce, International Court of Arbitration (Case No. 14123/RHR/JHN), in favor of Master Chips, BVBA and against Maxim Integrated Products Inc., are confirmed pursuant to 9 U.S.C. § 207. The parties are ordered to comply with the awards.

Each party shall bear their own fees and costs.

The Clerk shall close this file.

Dated: August 27, 2008

                                                    JAMES WARE
                                                    United States District Judge

---

[1] (Attached to Maxim Integrated Products, Inc. Petition to Vacate Arbitration Award, Ex. 1, Docket Item No. 2.)

[2] (Attached to Declaration of Leo Goovaerts in Support of Supplemental Cross-Petition to Confirm Arbitration Award, Ex. B, Docket Item No. 41.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gerald Michael Salcido jerry.m.salcido@bakernet.com
Lawrence J. Siskind siskind@harveysiskind.com
Seth Isaac Appel sappel@harveysiskind.com
Tod L. Gamlen tod.l.gamlen@bakernet.com

**Dated:  August 27, 2008**  **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
           **Elizabeth Garcia**
           **Courtroom Deputy**

**United States District Court**
For the Northern District of California